**From:** James Germain
**Date:** January 21, 2021 at 12:28:27 PM EST
**To:** "Nisselson, Alan" <anisselson@windelsmarx.com>
**Subject: Re: 186 North 6th move in February 1 Quarters**

Hi Alan,

Following up on the email below. I've left two voicemails with you. Please respond so I have a better idea of what to do about my living situation and money already paid.

Thanks

Sent from my iPhone. Please excuse my brevity.

> On Jan 19, 2021, at 8:51 PM, James Germain                                    wrote:
>
> Hi Alan,
>
> I was given your information from Steven Acona. My name is James Germain and I am scheduled to move in to 186 North 6th Street Brooklyn, NY on February 1, 2021. Now that quarters has filed bankruptcy will my lease be honored? Do I have to sign a new lease? Is my first month rent that I already paid refundable if that was a route I could take? If I stayed will any of the promised furnishings be there? If not can I renegotiate the lease?
>
> Please let me know and ideally if you could call me at                    that would be great as I just found this information out today and trying to figure out if I can even move in there, and what to do about my money already paid.
>
> Best,
> Jimmy
>
> Sent from my iPhone. Please excuse my brevity.

**From:** Sherry Te
**Date:** January 20, 2021 at 1:36:23 PM EST
**To:** "Nisselson, Alan" <anisselson@windelsmarx.com>
**Subject: Fwd: Jan 29 check-in at the former Quarters Williamsburg**

 Hi Alan,

I am a tenant of 186 N 6th property (formerly Quarters Williamsburg), scheduled to check in on
**January 29** at 186 N 6th property (formerly Quarters Williamsburg).

I am requesting for check-in guidelines for my upcoming arrival. Steven of Flat Iron Real Estate
Advisors has recommended me to write to you (as being the Trustee of the property).

Please let me know if you have any information that you can provide at the moment.

Thank you very much!

Best regards,
Sherry


---------- Forwarded message ---------
From: **Steven Ancona** <sja@flatiron-rea.com>
Date: Thu, Jan 21, 2021 at 2:15 AM
Subject: RE: Jan 29 check-in at the former Quarters Williamsburg
To: Sherry Te <sherryainete@gmail.com>, dukeage@aol.com <dukeage@aol.com>


Hi Sherrry,


I'm sure this situation is very frustrating and confusing. It is for us too. Quarters, who leased the
entire building from us, declared bankruptcy late Friday on this building and all of its other U.S.
locations. Legally, we are required to wait for the court-appointed Trustee before taking any
actions or granted possession back of our building. We are hoping to speak with the Trustee
today who was just assigned to this case late yesterday, and hope to be granted permission to
take over building operations as soon as possible, ideally this week. I am sure he has to get up to
speed and we will do our best to help him.


If and when that happens, we will be in touch with you to help arrange a smooth arrival for you.
In the meantime, the Trustee, (the person who stepped into the shoes of Quarters) is as follows:

Alan Nisselson

Windels Marx Lane & Mittendorf, LLP

156 West 56th Street, New York, New York 10019

Direct Dial: 212.237.1021 | General Fax: 212.262.1215

anisselson@windelsmarx.com | www.windelsmarx.com


You should reach out to him for further guidance.


Best,

-s


Steven J. Ancona

President

Flatiron Real Estate Advisors, llc

119 West 23rd Street

Suite 903

New York, NY  10011

Tel 212-675-3699 ext 201

Fax 212-675-8078

http://www.flatironmgmt.com


**From:** Sherry Te
**Sent:** Tuesday, January 19, 2021 10:57 PM

**To:** dukeage@aol.com; Steven Ancona <sja@flatiron-rea.com>
**Subject:** Jan 29 check-in at the former Quarters Williamsburg

[**CAUTION:** This email is from **outside** your organization.]

Hello,

I am scheduled to check in on January 29 at 186 N 6th property (formerly Quarters Williamsburg).

I just received an email that the Williamsburg building will not be under QUARTERS anymore.

In this case, how will I be able to obtain my fob key, and would you know any implication on this regarding my check in?

I would also like to know how and where I can pay my lease since this change will be implemented.

Let me know as well if this change will have any other implications with my lease.

Thanks you!

Best regards,

Sherry Te

**From:** Alba Nor Benissa Mercader
**Date:** January 19, 2021 at 5:54:05 PM EST
**To:** "Powers, Travis" <Travis.Powers@klgates.com>
**Cc:** "Catuogno, David S." <David.Catuogno@klgates.com>, "Eliades, Daniel M."
<Daniel.Eliades@klgates.com>, "Nisselson, Alan" <anisselson@windelsmarx.com>
**Subject: urgent question**

Good evening, I am tecnically moving in DC the 21st. This is if I test positive in my pcr test and
can come to the US (I'm from Spain). I was supposed to move in on the 10th but as I tested
positive on covid before my trip, I had to delay. I arrenged with my Quarters agent that the
payments from the 10th until the definitive day that I move in will be deducted from the payment
of february. I have just today received the notice that Quarters will no longer be in charge of our
building. Hopefully this arrengement stays valid as I am uncertain of when I will move in
because of my situation. In case I come the 21st, will my keys be available or who would I have
to contact?

Sorry to bother you with this load of questions, but I am worried as I haven't even arrived to DC
in the first place.

Hope to hear from you soon,
Alba Nor Benissa Mercader.

El dt, 19 gen 2021 a les 23:46 Powers, Travis <Travis.Powers@klgates.com> va escriure:

> Good evening,
>
>
> Attached please find correspondence regarding your lease agreement with Medici 320 Florida
> LLC.  Thank you.
>
>
> Travis
>
>
> 
>
> **Travis Powers, Esq.***
> K&L Gates LLP
> One Newark Center - 10th Floor
> Newark, New Jersey 07102
> Phone: (973) 848-4112

Fax: (973) 848-4001
Travis.Powers@klgates.com

www.klgates.com

*Admitted in New York

This electronic message contains information from the law firm of K&L Gates LLP. The contents may be privileged and confidential
and are intended for the use of the intended addressee(s) only.  If you are not an intended addressee, note that any disclosure,
copying, distribution, or use of the contents of this message is prohibited. If you have received this e-mail in error, please contact
me at Travis.Powers@klgates.com.

**From:** Krini Papacharalambous
**Date:** January 20, 2021 at 10:34:50 AM EST
**To:** "Nisselson, Alan" <anisselson@windelsmarx.com>
**Subject: URGENT: Move-in in two days**

Hello Mr. Nisselson,

I have a contract for the 324 Grand St building, unit 6a. My move-in is meant to be 20th of January - although I will be arriving on the 22nd.

Throughout this process I have not been informed of how I'm meant to actually move into the unit despite all the correspondence I've had with Quarters. I'm traveling from Europe tomorrow so please let me know ASAP what the next steps are for me to access my room.

Best Regards,

Krini Papacharalambous
B.A. Candidate for Politics and Journalism
New York University Class of 2021 I College of Arts and Science

**From:** "Powers, Travis" <Travis.Powers@klgates.com>
**Date:** January 20, 2021 at 10:30:52 AM EST
**To:** Krini Papacharalambous
**Cc:** "Eliades, Daniel M." <Daniel.Eliades@klgates.com>, "Catuogno, David S."
<David.Catuogno@klgates.com>, "Nisselson, Alan" <anisselson@windelsmarx.com>,
abergman@empirecapitalre.com, andy@andarealty.com
**Subject: RE: URGENT Re: In re Medici 326 Grand LLC**

Good morning, Krini,

As Medici 186 N. 6th LLC has ceased business operations, all inquiries can be directed to the
landlord, whose contact information is set forth in my previous correspondence, or the Chapter 7
bankruptcy Trustee for Medici 186 N. 6th LLC, Alan Nisselson, who is copied on this email and
whose contact information is below.  Thank you.

Alan Nisselson
Windels Marx Lane & Mittendorf, LLP
156 West 56th Street, New York, New York 10019
Direct Dial: 212.237.1021 | General Fax: 212.262.1215
anisselson@windelsmarx.com | www.windelsmarx.com

Travis

**K&L GATES**

**Travis Powers, Esq.***
K&L Gates LLP
One Newark Center - 10th Floor
Newark, New Jersey 07102
Phone: (973) 848-4112
Fax: (973) 848-4001
Travis.Powers@klgates.com
www.klgates.com
*Admitted in New York

**From:** Krini Papacharalambous <kp1869@nyu.edu>
**Sent:** Wednesday, January 20, 2021 10:22 AM
**To:** Powers, Travis <Travis.Powers@klgates.com>
**Subject:** URGENT Re: In re Medici 326 Grand LLC

Hello,

I'm Krini and I have a contract for the LES building, unit 6a. My move-in is meant to be 20th of
January - although I will be arriving on the 22nd.

Throughout this process I have not been informed of how I'm meant to actually move into the unit despite all the correspondence I've had with Quarters. I'm traveling from Europe tomorrow so please let me know ASAP what the next steps are for me to access my room.

Best Regards,

Krini Papacharalambous
B.A. Candidate for Politics and Journalism
New York University Class of 2021 I College of Arts and Science

> On Jan 20, 2021, at 12:58 AM, Powers, Travis <Travis.Powers@klgates.com> wrote:
>
> <326 Grand Tenant Letter.pdf>

This electronic message contains information from the law firm of K&L Gates LLP. The contents may be privileged and confidential and are intended for the use of the intended addressee(s) only.  If you are not an intended addressee, note that any disclosure, copying, distribution, or use of the contents of this message is prohibited. If you have received this e-mail in error, please contact me at Travis.Powers@klgates.com.

**Attachments:**      Please_DocuSign_residential_flexi_lease_us_n.pdf; Electronic ticket receipt, January 20
for MRS IRO ELENI KALEMI.PDF; Electronic ticket receipt, January 27 for MRS IRO ELENI
KALEMI.PDF; Gmail - Iro Kalemi 324 Grand Street _Move In Details.pdf; Gmail -
TERMINATION OF LEASE ASAP_324 GRAND STREET.pdf; Gmail - Quarters LES -
App.pdf; Gmail - LEASE TERMS_324 Grand Street.pdf; Jimit Shah Quarters_Emails.pdf;
Ticket Change.PDF

**From:** Iro Kalemi
**Date:** January 21, 2021 at 10:47:24 AM EST
**To:** "Nisselson, Alan" <anisselson@windelsmarx.com>, abergman@empirecapitalre.com
**Cc:** Travis.Powers@klgates.com, Daniel.Eliades@klgates.com, David.Catuogno@klgates.com
**Subject: Re: 324 Grand Street Lease_Medici 326 Grand LLC_URGENT**

[cid:121012110471600643@us-mta-292.us.mimecast.lan]


Dear Mr Nisselson and Mr Bergman,

I hope this email finds you well.

I have attempted to reach you numerous times via phone and email without success. My case is
urgent and I would appreciate your attention.This issue regards the address: 324 Grand Street,
10002, Quarters Unit 3C.
If no one gets back to me until tomorrow I will need to engage legal counsel.

My lease would be starting on the 20th of January, however, neither Quarters got back to me 48
hours prior to my move-in (to inform me about the keys) which was their policy, neither the new
management company. In addition, I had to cancel my tickets to New York since I had no place
to stay (even though I had paid for my room) resulting in excess costs. To make matters worse, I
will have delays attending my classes at NYU this spring semester since they commence on the
28th of January. I had booked my ticket a week earlier to make sure I quarantine on time but due
to these disruptions as well as the absence of your feedback, I cannot even ensure that I will have
a place to stay in New York.

Attached you will find evidence of everything I've been claiming (emails with Quarters and the
leasing managers, the lease, my University's start date, corresponding payments to Quarters,
ticket change, old & new ticket to NYC).

I am assuming that since no one has reached out in relation to the keys to the apartment, the lease
is no longer valid. Could you please confirm?
In case the lease is still valid despite all the violations, can you confirm that someone will
provide me with a key?

Please get back to me as soon as possible. My EU number is

Kind Regards,

Iro Kalemi


On Wed, Jan 20, 2021 at 6:52 PM Iro Kalemi

                                                   wrote:

Dear Mr Nisselson,

I hope this email finds you well.

I am forwarding the email I sent earlier today to Mr Bergman from Empire State Capital.

This issue is very urgent. I have been trying to get in touch with you by phone without success.

I would appreciate it if you could reach me at                 .

Thank you in advance,
Iro Kalemi
---------- Forwarded message ---------
From: Iro Kalemi
Date: Wed, Jan 20, 2021 at 8:55 AM
Subject: 324 Grand Street Lease_Medici 326 Grand LLC_URGENT
To: <abergman@empirecapitalre.com<mailto:abergman@empirecapitalre.com>>
Cc: <Travis.Powers@klgates.com<mailto:Travis.Powers@klgates.com>>,
<Daniel.Eliades@klgates.com<mailto:Daniel.Eliades@klgates.com>>,
<David.Catuogno@klgates.com<mailto:David.Catuogno@klgates.com>>,
<anisselson@windelsmarx.com<mailto:anisselson@windelsmarx.com>>


Dear Mr Bergman,

I hope this email finds you well.

I would like to inquire about my current lease agreement with Quarters (Medici LLC). My lease starts today, the 20th of January and would last until April 20th 2021. I have paid for pro-rated rent until the end of January and have settled all other bills. Yesterday, I received the email in relation to the closure of Quarters operations in the United States. I had paid for my room in 324 Grand Street 10002 in New York, however, no one ever got back to me in relation to my keys and move-in details. I contacted Quarters several times and spoke with their service team in the HQ in Germany but received the worst customer service. I would be flying to New York today but due to the whole disruption and lack of information yesterday, I had to postpone my flight to New York and move it next week, resulting in further extra costs. I basically had no place to stay even though I have a lease. All these because no one was responsible for advising me regarding my move-in and keys. You can understand the frustration and stress resulting from all this lack of information.

In addition, I signed up with Quarters because I was trusting the brand name which was very popular among other co-living providers. However, knowing that this doesn't exist anymore and neither do the services (like community management, events etc), I would like to look into releasing myself from the lease. Would you be so kind to advise me on my current situation? Quarters already violated some of the terms in relation to my move-in so I believe I am in a position to negotiate on the agreement. This matter in very urgent because I am coming to New

York next week and might not have a place to stay.

Attached you will find my lease with Quarters.

Thank you in advance.

Kind Regards,
Iro Kalemi

**From:** Alba Nor Benissa Mercader
**Date:** January 19, 2021 at 8:56:23 PM EST
**To:** "Nisselson, Alan" <anisselson@windelsmarx.com>
**Subject: urgent question**

Hello, I was told to contact you as my landlord. Not sure if this is correct but here down below are my concern and questions!

El dt, 19 gen 2021 a les 23:53 Alba Nor Benissa Mercader va escriure:

> Good evening, I am tecnically moving to the DC building on the 21st. This is if I test negative in my pcr test and can come to the US (I'm from Spain). I was supposed to move in on the 10th but as I tested positive on covid before my trip, I had to delay. I arrenged with my Quarters agent that the payments from the 10th until the definitive day that I move in will be deducted from the payment of february. I have just today received the notice that Quarters will no longer be in charge of our building. Hopefully this arrengement stays valid as I am uncertain of when I will move in because of my situation. In case I come the 21st, will my keys be available or who would I have to contact?
>
> Sorry to bother you with this load of questions, but I am worried as I haven't even arrived to DC in the first place.
>
> Hope to hear from you soon,
> Alba Nor Benissa Mercader.
>
> El dt, 19 gen 2021 a les 23:46 Powers, Travis <Travis.Powers@klgates.com> va escriure:
>
>> Good evening,
>>
>> Attached please find correspondence regarding your lease agreement with Medici 320 Florida LLC.  Thank you.
>>
>> Travis
>>
>> 
>>
>> **Travis Powers, Esq.***
>> K&L Gates LLP
>> One Newark Center - 10th Floor

Newark, New Jersey 07102
Phone: (973) 848-4112
Fax: (973) 848-4001
Travis.Powers@klgates.com

www.klgates.com

*Admitted in New York

This electronic message contains information from the law firm of K&L Gates LLP. The contents may be privileged and confidential and are intended for the use of the intended addressee(s) only.  If you are not an intended addressee, note that any disclosure, copying, distribution, or use of the contents of this message is prohibited. If you have received this e-mail in error, please contact me at Travis.Powers@klgates.com.

**From:** Ann Plewa
**Date:** January 21, 2021 at 4:36:27 PM EST
**To:** "Nisselson, Alan" <anisselson@windelsmarx.com>
**Cc:** "Murray, BJ"
**Subject: Aberdeen Developers LLC -- 171 N. Aberdeen, Chicago, IL**

Dear Sir:

I am currently a tenant of Quarters at 171 N. Aberdeen, Chicago, IL.   I like many of the other tenants learned this week that the building was in receivership.   I understand you and your firm have been appointed bankruptcy trustee for this property.

I am a senior citizen currently living at 171 N. Aberdeen.   Several months back I had to vacate my personal residence.   My home is under major repair because of severe damage caused by a local utility company.    My nephew and I share unit 707.   Our rent is being paid through my insurance company, American Family Insurance.

Our expectation is to continue to reside at 171 N. Aberdeen for another six to eight weeks while the work at my home is finished.   To move at this time would be severely inconvenient.   We chose Quarters because their specialty was short term furnished apartments.   It would be extremely difficult to find similar accommodation on such short notice for this limited period of time, especially during Covid-19.

We are current on our rent and have been respectful to the property.   We ask that you consider allowing Aberdeen Developers LLC to step in and provide the management services required to operate the building while we are tenants.

I look forward to your response.    Any direction as to this matter that you can provide would be greatly appreciated.  I may be reached at the above email address or through my cell phone at
.   Please also direct any messages or future correspondence to
who is copied on this email.

Kindest regards,
Mary Ann Plewa


CC: BJ Murray

**From:** Leilani Choi
**Date:** January 21, 2021 at 4:57:15 PM EST
**To:** "Nisselson, Alan" <anisselson@windelsmarx.com>
**Subject: Quarters Apartment Lease Update**

Hello Nisselson,

Hope all is well.

I am emailing to inquire about updates on a lease confirmed with Quarters prior to them closing. Will you be providing an update on my current lease so that I can plan my move in process? Will we still be able to keep the terms on that lease as well as the unit with furniture and amenities including?

Please let me know any information as soon as possible!

This is regarding the below address and unit:

Your Quarters address:

,
Brooklyn, NY, 11211

Thank you,

Leilani Choi

Sent from my iPhone

**From:** "Murray, BJ"
**Date:** January 21, 2021 at 4:43:36 PM EST
**To:** "Nisselson, Alan" <anisselson@windelsmarx.com>
**Cc:** Ann Plewa
**Subject: RE: [EXTERNAL] Aberdeen Developers LLC -- 171 N. Aberdeen, Chicago, IL**

The management company of the building has requested that the bankruptcy attorney reach out to them, as they have been trying to get in touch.



Risk & Insurance | Employee Benefits | Retirement & Private Wealth
**Ready for tomorrow.**

**BJ Murray**
**Director, Business Intelligence Portfolio Management**

**From:** Ann Plewa
**Sent:** Thursday, January 21, 2021 3:36 PM
**To:** anisselson@windelsmarx.com
**Cc:** Murray, BJ
**Subject:** [EXTERNAL] Aberdeen Developers LLC -- 171 N. Aberdeen, Chicago, IL

Dear Sir:

I am currently a tenant of Quarters at 171 N. Aberdeen, Chicago, IL.   I like many of the other tenants learned this week that the building was in receivership.   I understand you and your firm have been appointed bankruptcy trustee for this property.

I am a senior citizen currently living at 171 N. Aberdeen.   Several months back I had to vacate my personal residence.   My home is under major repair because of severe damage caused by a local utility company.    My nephew and I share unit      .   Our rent is being paid through my insurance company, American Family Insurance.

Our expectation is to continue to reside at 171 N. Aberdeen for another six to eight weeks while the work at my home is finished.   To move at this time would be severely inconvenient.   We chose Quarters because their specialty was short term furnished apartments.   It would be extremely difficult to find similar accommodation on such short notice for this limited period of time, especially during Covid-19.

We are current on our rent and have been respectful to the property.   We ask that you consider allowing Aberdeen Developers LLC to step in and provide the management services required to operate the building while we are tenants.

I look forward to your response.    Any direction as to this matter that you can provide would be greatly
appreciated.   I may be reached at the above email address or through my cell phone at              -
          Please also direct any messages or future correspondence to
who is copied on this email.

Kindest regards,
Mary Ann Plewa


CC: BJ Murray

**From:** Clara Ramos
**Date:** January 21, 2021 at 5:57:37 PM EST
**To:** "Nisselson, Alan" <anisselson@windelsmarx.com>
**Subject: Tenant Assistance Request**

Good Morning,

Just got this new contact from Steven. I understand Quarters has been sold. We, the tenants have building concerns we need assistance with.

Just a few things I could use your help with -

- The internet has been going off for long periods of time. I am a Hospital employee working from home bi-weekly and will need a strong, constant connection. Is there a place in the building I could go that has a strong constant connection? Or any way to get the internet to work for this unit?

- Will our lease agreements be honored?

- Will they change at the end of our lease, ie will prices rise for lease extensions?

- Also, since I moved in, I have not been able to access my mail. The mailbox key I was given doesn't work. Can you please assist me in accessing the mail trapped in the box?


Thank you,

Clara Ramos

**From:** Diane Lindsey
**Date:** January 21, 2021 at 6:14:44 PM EST
**To:** "Nisselson, Alan" <anisselson@windelsmarx.com>
**Subject: Job Termination/Relocation**

> **From:** Diane Lindsey
> **Date:** January 19, 2021 at 7:19:58 AM CST
> **To:** Quarters Support <support@quarters.com>,
> jimit.shah@quarters.com, Jimit Shah <jimit@goquarters.com>
> **Subject: Fwd: Relocation**
>
> I was terminated from my place of employment due to them
> closing down because of Covid 19. I'm currently still within 30
> days of my current lease that start 12/24/2020. I will removing all
> things from quarters the 24th or by the 31st. I need someone to
> respond to my email ASAP
>
>
> Begin forwarded message:
>
> > **From:** Diane Lindsey <dianeklindsey@gmail.com>
> > **Date:** January 15, 2021 at 8:14:07 AM CST
> > **To:** Sandy Phung <sandy.phung@quarters.com>,
> > jimit.shah@quarters.com
> > **Subject: Relocation**
> >
> > It was brought to my attention that my employer is
> > making job cuts and I took it upon myself to start
> > looking for employment and just received a job
> > offer yesterday evening but it's in Colorado and I
> > have decided to take the job because it would be a
> > great opportunity for me since my job has started
> > laying off. Due to the circumstances, I will have to
> > relocate and leave my apartment early. I plan to
> > remove all my belongings from my quarters unit by
> > the 31st of January. After all, I have to be in
> > Colorado by the 5th of February to get settled
> > because I start work on February 8, 2021. Sorry for
> > the inconveniences this might cause but I have no
> > choice considering the layoffs everywhere during
> > the covid pandemic. I hope you all understand and
> > for any reason, your office has any more questions
> > please do not hesitate to call or email me.

Sincerely yours, Diane Lindsey

**From:** Nubin T
**Date:** January 21, 2021 at 7:12:54 PM EST
**To:** "Nisselson, Alan" <anisselson@windelsmarx.com>
**Subject: Re: Attn: QUARTERS Tenants**

Hello,

I'm a tentative living in the 814 unit since Oct-2019. Since the Oct-2020 my lease was on month to month basis and currently it is set to expire on 02/02/2021. I was planning to extend it for another month since I'm currently abroad, India, and stuck with covid restrictions here. I'm planning to be back on mid Feb.

Would it be possible to extend my lease for another month so that I can come back from abroad and move my stuff. I was paying something like $1,335.20 for the unit if I remember correctly

Thanks
Nubin

On Fri, Jan 22, 2021 at 1:43 AM Robin Scaro <donotreply@appfolio.com> wrote:

> The below letter is directed to ONLY those tenants that lease through QUARTERS. This does NOT affect or impact ANY tenants that lease through Aberdeen Acquisitions LLC / Luxury Property Management.
>
>
> Dear Quarters Tenants,
>
> We understand your concerns and frustrations regarding the management situation at the building arising from your landlord, Quarters', bankruptcy filing in New York. We fully intend to provide you with a high level of service once we have control of the building.
>
> Please note that we have been diligently attempting to obtain authority from the bankruptcy trustee to manage the property and assist tenants. However, the bankruptcy trustee appointed by the court with respect to this building has not yet responded to our several urgent requests to allow us to step in and provide the management services you require and deserve. Until he responds and authorizes us to perform such services, we are severely limited in the level of service we can provide you.
>
> In an effort to expedite this matter, we suggest that you also contact the trustee directly via both phone and e-mail and ask him to address your issues and authorize us to step in and manage the building.
>
> His contact information is as follows:
>
> Alan Nisselson
> Windels Marx Lane & Mittendorf, LLP

156 West 56th Street, New York, New York 10019
Direct Dial: 212.237.1021 | General Fax: 212.262.1215
anisselson@windelsmarx.com | www.windelsmarx.com

Your patience is appreciated and we will keep you apprised of the situation on a current basis.

Thank you for your assistance.


Aberdeen Developers LLC
Luxury Property Management LLC




--
Sent from iPhone

**From:** Anna Buzhor
**Date:** January 22, 2021 at 10:36:10 AM EST
**To:** "Nisselson, Alan" <anisselson@windelsmarx.com>
**Cc:** Travis.Powers@klgates.com, David.Catuogno@klgates.com
**Subject: Quarters Bankruptcy**

Dear Mr. Nisselson:
I hope this email finds you well.

Similar to some other Quarters' tenants, I have received communications from K&L Gates on the
Quarters' bankruptcy filing. We were advised that you have been appointed as a Trustee.
Please let me know when it will be a good time for you to schedule a call with me to answer my
questions. I would like to take this opportunity to inform you and K&L Gates that the Quarters'
tenants, including myself, are completely blindsided and left in the dark with little to no
information on the matter. At a minimum, we require an easily accessible point of contact to
answer our questions and address our concerns.

Thank you in advance.
Best regards,
Anna Buzhor, Esq.