**From:** "David K. Welch" <DWelch@burkelaw.com>
**Date:** January 21, 2021 at 9:01:40 AM EST
**To:** "Nisselson, Alan" <anisselson@windelsmarx.com>
**Cc:** "Aaron H. Stanton" <astanton@burkelaw.com>, Frederick Schmidt <ESchmidt@cozen.com>, Brian Shaw
<bshaw@cozen.com>, "Brian P. Welch" <BWelch@burkelaw.com>
**Subject: Re: Medici 171 N Aberdeen LLC**

Mr. Nisselson

I sent you the below email on Tuesday evening regarding the above chapter 7 case and property
in Chicago for which you have been appointed as trustee. I do not yet have a response to this
email. The property requires regular management and the tenants need assistance and assurances.
These are urgent issues for which my client, as owner of the property, is willing to assist. May I
have your response please.

Thank you.

Dave Welch

David K. Welch
Burke, Warren, MacKay & Serritella, P.C.
330 N. Wabash, Suite 2100 | Chicago, IL 60611
Phone 312.840.7122 | Fax 312.840.7900
dwelch@burkelaw.com | www.burkelaw.com | my profile

Confidentiality Note: This email message is for the sole use of the intended recipient(s)
and may contain confidential and privileged information. Any unauthorized review, use,
disclosure or distribution is strictly prohibited. If you are not the intended recipient,
contact the sender via reply email and destroy all copies of the original message.

**David K. Welch**
Burke, Warren, MacKay & Serritella, P.C.
330 N Wabash Ave, 21st Floor | Chicago, IL 60611
**P** 312-840-7122 | **F** 312-840-7900
DWelch@BurkeLaw.com | www.burkelaw.com
Profile | vCard

**BURKE, WARREN,
MACKAY & SERRITELLA, P.C.**

*Confidentiality Note: This email message is for the sole use of the intended recipient(s) and may
contain confidential and privileged information. Any unauthorized review, use, disclosure or
distribution is strictly prohibited. If you are not the intended recipient, contact the sender via
reply email and destroy all copies of the original message.*



On Jan 19, 2021, at 8:04 PM, David K. Welch <DWelch@burkelaw.com> wrote:

Mr Nisselson

I am one of the attorneys representing Aberdeen Developers in the above
referenced chapter 7 case in which I believe you have been appointed as trustee.
My client is the owner of the property that Medici is leasing from my client.
Medici has notified all of the tenants to contact Aberdeen with respect to any
property and management issues. Aberdeen is reluctant to do anything without
your consent. The property has immediate issues requiring attention.

 I would like to discuss how Aberdeen can cooperatively work with the trustee to
maintain the property pending resolution over its disposition. I have copied my
partners and local counsel. Are you available to discuss tomorrow?  Please
advise.

Thank you and have a good evening.

Dave Welch

David K. Welch
Burke, Warren, MacKay & Serritella, P.C.
330 N. Wabash, Suite 2100 | Chicago, IL 60611
Phone 312.840.7122 | Fax 312.840.7900
dwelch@burkelaw.com | www.burkelaw.com | my profile

Confidentiality Note: This email message is for the sole use of the
intended recipient(s) and may contain confidential and privileged
information. Any unauthorized review, use, disclosure or distribution is
strictly prohibited. If you are not the intended recipient, contact the sender
via reply email and destroy all copies of the original message.

**From:** Kristen Kenney <Kristen@morgensterncap.com>
**Date:** January 20, 2021 at 9:49:28 PM EST
**To:** "Nisselson, Alan" <anisselson@windelsmarx.com>
**Cc:** Robert Morgenstern <Robert@morgensterncap.com>, Jonathan Vayner <Jonathan@canvaspg.com>, Reid
<Reid@canvaspg.com>
**Subject: RE: 629 East 5th St - Medici - Urgent Information Request**

Hi Alan,

As mentioned below, we own the building at 629 East 5th Street in Manhattan which Medici has leased
since the beginning of 2018. Given the circumstances of their Chapter 7 filing, we have taken over day-
to-day management and are doing our best to piece together the necessary information to operate the
premises and manage tenant relationships. We have received only a rent roll, and are in need of some
additional information:

- Utility account information
- All current tenant leases
- Security deposit information and access or facilitated access to tenant-held deposits belonging
  to tenants moving out. We know that Hello Rented is holding security for a number of the
  tenants, but not all. What is going to be the process for the other tenants getting their refunds?
  By law this must be done within 14 days of moveout, so we want to make sure we are in
  compliance
- Any other relevant logins – security cameras, phone or internet lines, etc
- Quarters property management agreement with Jordan Cooper
- Vendor lists
- All available leasing information including future tenants, relevant information to current
  tenants; all tenant and leasing correspondence
- All current and future internal transfers (some tenants have already reached out that are
  supposed to be transferring and don't know where they are going)
- Inventory lists – what was typically kept at the premises, what is needed
- Operational processes; list of services provided to tenants

Please let me know if you're available tomorrow to discuss. Thank you so much in advance for your
assistance.

Best,
Kristen

**Kristen Kenney**
**Morgenstern Capital**
215 Lexington Avenue, 20th Fl | New York, NY

**D** +1.646.760.9021
[Kristen@morgensterncap.com](mailto:Kristen@morgensterncap.com) | [www.morgensterncap.com](http://www.morgensterncap.com)

---

**From:** Powers, Travis <[Travis.Powers@klgates.com](mailto:Travis.Powers@klgates.com)>
**Sent:** Wednesday, January 20, 2021 12:41 PM
**To:** Kristen Kenney <[Kristen@MorgensternCap.com](mailto:Kristen@MorgensternCap.com)>
**Cc:** Robert Morgenstern <[Robert@MorgensternCap.com](mailto:Robert@MorgensternCap.com)>; Reid <[Reid@CanvasPG.com](mailto:Reid@CanvasPG.com)>; Jonathan
Vayner <[Jonathan@CanvasPG.com](mailto:Jonathan@CanvasPG.com)>; Catuogno, David S. <[David.Catuogno@klgates.com](mailto:David.Catuogno@klgates.com)>;
[anisselson@windelsmarx.com](mailto:anisselson@windelsmarx.com); Eliades, Daniel M. <[Daniel.Eliades@klgates.com](mailto:Daniel.Eliades@klgates.com)>
**Subject:** RE: 629 East 5th St - Medici - Urgent Information Request

Good afternoon, Kristen,

All inquiries can be directed to the Chapter 7 Trustee for Medici 629 E. 5th LLC (the "Debtor"), Alan
Nisselson, whose contact information is below.  Thank you.

Alan Nisselson
Windels Marx Lane & Mittendorf, LLP
156 West 56th Street, New York, New York 10019
Direct Dial: 212.237.1021 | General Fax: 212.262.1215
[anisselson@windelsmarx.com](mailto:anisselson@windelsmarx.com) | [www.windelsmarx.com](http://www.windelsmarx.com)

As you know the Debtor filed a Chapter 7 bankruptcy petition on Friday January 15, 2021 and ceased
active operations as of said filing.  On January 18, 2021, Mr. Nisselson was appointed Chapter 7 Trustee
and is the authorized representative of the Debtor's bankruptcy estate.  Mr. Nisselson is copied on this
email.  We are sending this email as a courtesy to help facilitate transition, however, this communication
is not made by or on behalf of the Chapter 7 estate and shall not be binding upon, or prejudicial to, the
rights and duties of the Chapter 7 Trustee or the estate.

Travis

**Travis Powers, Esq.***
K&L Gates LLP
One Newark Center - 10th Floor
Newark, New Jersey 07102
Phone: (973) 848-4112
Fax: (973) 848-4001
[Travis.Powers@klgates.com](mailto:Travis.Powers@klgates.com)
[www.klgates.com](http://www.klgates.com)
*Admitted in New York

---

**From:** Kristen Kenney <[Kristen@MorgensternCap.com](mailto:Kristen@MorgensternCap.com)>
**Sent:** Wednesday, January 20, 2021 9:55 AM
**To:** Powers, Travis <[Travis.Powers@klgates.com](mailto:Travis.Powers@klgates.com)>; Eliades, Daniel M. <[Daniel.Eliades@klgates.com](mailto:Daniel.Eliades@klgates.com)>;
Artem Ustinov <[artem.ustinov@quarters.com](mailto:artem.ustinov@quarters.com)>
**Cc:** Robert Morgenstern <[Robert@MorgensternCap.com](mailto:Robert@MorgensternCap.com)>; Reid <[Reid@CanvasPG.com](mailto:Reid@CanvasPG.com)>; Jonathan
Vayner <[Jonathan@CanvasPG.com](mailto:Jonathan@CanvasPG.com)>
**Subject:** RE: 629 East 5th St - Medici - Urgent Information Request

Thank you. Have you received any other information on the property?

Additionally, we have had tenants reaching out requesting security deposit refunds. We know that Hello Rented is holding security for a number of the tenants, but not all. What is going to be the process for the other tenants getting their refunds? This must be done within 14 days of moveout.

Best,
Kristen

**Kristen Kenney**
**Morgenstern Capital**
215 Lexington Avenue, 20th Fl | New York, NY
**D** +1.646.760.9021
Kristen@morgensterncap.com | www.morgensterncap.com

---

**From:** Powers, Travis <Travis.Powers@klgates.com>
**Sent:** Tuesday, January 19, 2021 3:28 PM
**To:** Kristen Kenney <Kristen@MorgensternCap.com>; Eliades, Daniel M. <Daniel.Eliades@klgates.com>; Artem Ustinov <artem.ustinov@quarters.com>
**Cc:** Robert Morgenstern <Robert@MorgensternCap.com>; Reid <Reid@CanvasPG.com>; Jonathan Vayner <Jonathan@CanvasPG.com>
**Subject:** RE: 629 East 5th St - Medici - Urgent Information Request

Good afternoon, all,

I received the below information today, which sets forth the "new" tenants, with email addresses and move-in dates:

| | | | |
|---|---|---|---|
| Vanisha Sampat | | East Village | 15.01.2021 |
| Emma Knobloch | | East Village | 17.01.2021 |
| Selvana Gerges | s | East Village | 17.01.2021 |
| Hayley Villapudua | | East Village | 18.01.2021 |
| Siri Kanakamedala | | East Village | 18.01.2021 |
| Cheryl Monroe | | East Village | 18.01.2021 |
| Srishti Gupta | | East Village | 19.01.2021 |
| Mila Besson | | East Village | 19.01.2021 |
| Chhavi Falod | | East Village | 20.01.2021 |
| Luis Bernardo Rivera Munozcano | l | East Village | 22.01.2021 |

| | | | |
|---|---|---|---|
| Anna Brown | | East Village | 27.01.2021 |
| ANUSHKA DHOOT | | East Village | 29.01.2021 |
| Regan Fair | | East Village | 21.01.2021 |
| Katherine Eo | | East Village | 20.01.2021 |
| Chetna Agarwal | | East Village | 30.01.2021 |
| Rachel Venable | | East Village | 25.01.2021 |
| Andrew Athanasiadis | n | East Village | 01.02.2021 |
| Anastasia Guzenko | | East Village | 01.02.2021 |

**Travis Powers, Esq.***
K&L Gates LLP
One Newark Center - 10th Floor
Newark, New Jersey 07102
Phone: (973) 848-4112
Fax: (973) 848-4001
Travis.Powers@klgates.com
www.klgates.com
*Admitted in New York

**From:** Kristen Kenney <Kristen@MorgensternCap.com>
**Sent:** Tuesday, January 19, 2021 3:14 PM
**To:** Powers, Travis <Travis.Powers@klgates.com>; Eliades, Daniel M. <Daniel.Eliades@klgates.com>; Artem Ustinov <artem.ustinov@quarters.com>
**Cc:** Robert Morgenstern <Robert@MorgensternCap.com>; Reid <Reid@CanvasPG.com>; Jonathan Vayner <Jonathan@CanvasPG.com>
**Subject:** 629 East 5th St - Medici - Urgent Information Request
**Importance:** High

Hello,

Connecting a few groups here – Daniel and Travis are the bankruptcy attorneys for Quarters; Artem is still employed by Quarters/Medici out of the Berlin office.

I just spoke to Daniel on the phone on wanted to loop all of us in on an email to try to facilitate the transfer of information as quickly and easily as possible.

Artem, I believe you spoke earlier today with my colleagues, Reid and Jon. We own the building at 629 East 5th Street in Manhattan, which has been leased by Medici since early 2018. We have taken over management and leasing of the premises effective as of the bankruptcy filing on Friday. Rui Barros told me that you would be the best person to speak with to obtain the information we need. Our goal is to have as seamless of a transition as possible, for us and for the current and future tenants of 629 East 5th St sourced by Medici, but this has been very difficult as we only have a rent roll which does not include future tenants or needed correspondence. Individuals have been reaching out to us about their move-ins and we don't have the information to assist them.

We realize this is a hectic and difficult time for everyone, but if you could please do what you can to get us all available information on the property, we would really appreciate it. Artem – Reid mentioned that you had access to some of this, but wanted to speak to the attorneys and get authorization to do so before sending. As mentioned, I spoke to Daniel, who has given the ok for you to release everything that you have.

Artem would you please provide the following
- Utility account logins and information
- Any other relevant logins – security cameras, phone or internet lines, etc
- Quarters property management agreement with Jordan Cooper
- Vendor lists
- All available leasing information including future tenants, relevant information to current tenants; all tenant and leasing correspondence
- All current and future internal transfers (some tenants have already reached out that are supposed to be transferring and don't know where they are going)
- Inventory lists – what was typically kept at the premises, what is needed
- Operational processes; list of services provided to tenants
- What services they tenants were using the Quarters app for; assuming they no longer have access to this and we will need to provide an alternative
- How have leasing inquires typically come in for the property and is there an easy way to shift this over to us so we don't drop any future tenants?
- All available information on security deposit accounting. We are setting up an account with Hello Rented, but are there tenant move outs coming up that we need information for

Thank you very much in advance; we appreciate everyone working with us on this.

Best,
Kristen

**Kristen Kenney**
**Morgenstern Capital**
215 Lexington Avenue, 20th Fl | New York, NY
**D** +1.646.760.9021
Kristen@morgensterncap.com | www.morgensterncap.com

This electronic message contains information from the law firm of K&L Gates LLP. The contents may be privileged and confidential and are intended for the use of the intended addressee(s) only.  If you are not an intended addressee, note that any disclosure, copying, distribution, or use of the contents of this message is prohibited. If you have received this e-mail in error, please contact me at Travis.Powers@klgates.com.

This electronic message contains information from the law firm of K&L Gates LLP. The contents may be privileged and confidential and are intended for the use of the intended addressee(s) only.  If you are not an intended addressee, note that any disclosure, copying, distribution, or use of the contents of this message is prohibited. If you have received this e-mail in error, please contact me at Travis.Powers@klgates.com.

**From:** Aaron Bergman <abergman@empirecapitalre.com>
**Date:** January 21, 2021 at 3:40:24 PM EST
**To:** Travis.Powers@klgates.com, "Nisselson, Alan" <anisselson@windelsmarx.com>,
David.Catuogno@klgates.com
**Cc:** Josh Rahmani <josh@empirecapitalre.com>, Ebi Khalili <ekhalili@empirecapitalre.com>, Joseph
Goldsmith <jgoldsmith@kaulaw.com>
**Subject: URGENT: 326 Grand Street Tenancy**

This message has originated from an External Source. Please use caution when opening attachments, clicking links, or responding to this em

Mr. Powers & Mr. Nisselson,

I'm writing on behalf of Empire 326 Grand LLC, owner of 324-326 Grand Street and landlord to
Medici 326 Grand LLC.

I understand the entity declared Chapter 7 Bankruptcy last week and we have serious concerns
about the directions given to the residential "subtenants" of their coliving operation naming
myself and our firm as the new contact for management and leasing concerns.

It is my understanding that even though the entity has filed for bankruptcy and is in default of its
lease agreement, the lease is still in effect and the entity/it's appointed trustee is the responsible
party for the premises at present.

I have received many emails and calls from very concerned subtenants living in the building, or
scheduled to move into the building asking for move-in instructions, keys, repairs, cleaning, etc.
I have also been contacted by the tenant's vendors and told that they are no longer providing
essential services to the building such as trash removal, etc.

The current state of affairs is essentially the tenant having abandoned the building filled with
increasingly unhappy tenants and this is detrimental to the building we have a vested interest in.

I respect that this is a process and do not wish to interfere in any way. Therefore, I kindly ask
that your firm inform and address the immediate needs of the in-place "subtenants" as despite
what the subtenants have been told, we have not been given any legal authorization or practical
means to access and take over management of the premises.

Thank you for your prompt attention to this matter.

Aaron Bergman
Chief Operating Officer

Empire Capital Holdings
Investment Management & Acquisitions
461 Fifth Avenue, 6th Floor
New York NY 10017
Phone: (212) 213-4551

**TERMS & CONDITIONS:** This message is intended only for the designated recipient.  The information contained in this message and/or attachments is intended only for the person or entity to whom it was addressed and may contain confidential and/or privileged material. Any review, retransmission, dissemination or other use of, or taking of any action in reliance upon, this information is prohibited. Any unauthorized forwarding, disclosure, copying or other use of this message or its attachments is prohibited.  Retransmission, dissemination or other use of this email by intended recipient is also prohibited unless permitted by in writing by Empire Capital Holdings. If you are not a designated recipient, you may not review, copy or distribute this message.  If you receive this in error, please notify the sender by reply e-mail and delete this message. No warranty or representation, express or implied, is made as to the accuracy of the information contained herein, and same is submitted subject to errors, omissions, change of price, rental or other conditions, withdrawal without notice, and to any special listing conditions, imposed by our principal.

**From:** jgoldsmith@kaulaw.com
**Date:** January 20, 2021 at 4:32:26 PM EST
**To:** David.Catuogno@klgates.com, Travis.Powers@klgates.com, "Nisselson, Alan" <anisselson@windelsmarx.com>
**Subject: RE: Medici 326 Grand LLC, Case No. 21-10073-jlg**

Gentlemen, I am following up on the below. The debtor's subtenants in the building are hounding us for access and services. See the attached. Please let me know whether my client has permission to take possession and deal with the subtenants. Thank you.

Joseph Goldsmith, Esq.
Kossoff, PLLC
Attorneys at Law
217 Broadway, Suite 401
New York, New York 10007
Tel.:      (212) 267-6364, ext. 278
Cell:      (646) 369-9070
Email:    jgoldsmith@kaulaw.com
website: www.kaulaw.com

****************************************
Confidentiality Notice -

This transmittal and/or attachments may be a confidential attorney-client communication or may otherwise be privileged or confidential information. If you are not the intended recipient, you are hereby notified that you have received this transmittal in error; any review, dissemination, distribution, or copying of this transmittal is strictly prohibited. If you have received this transmittal and/or attachments in error, please notify us immediately by e-mail reply or by telephone at 212-267-6364 and immediately delete this message and all its attachments.

P  Save a Tree - Think Before You Print.

**From:** jgoldsmith@kaulaw.com <jgoldsmith@kaulaw.com>
**Sent:** Tuesday, January 19, 2021 4:33 PM
**To:** 'David.Catuogno@klgates.com' <David.Catuogno@klgates.com>; 'Travis.Powers@klgates.com' <Travis.Powers@klgates.com>; 'anisselson@windelsmarx.com' <anisselson@windelsmarx.com>
**Subject:** Medici 326 Grand LLC, Case No. 21-10073-jlg

Mr. Nisselson, Mr. Catuogno, and Mr. Powers, as I mentioned to Mr. Catuogno on the phone several moments ago, I represent Empire 326 Grand LLC, the owner and landlord of 324-326 Grand Avenue in Manhattan. Medici 326 Grand LLC is the tenant of a portion of 324 Grand Avenue who in turn has sublet and licensed out space in the building to residential subtenants and occupants. We received the Chapter 7 Petition. We also have started to receive phone calls for the residential subtenants and

occupants of the building and from the debtor's vendors who have told us that the debtor has abandoned the property, is not providing services, and not paying any invoices. This is an issue for both the owner and the debtor as the owner has joint and several liability for the I would like to work out with you and the bankruptcy court the surrender of the lease and premises back to my client so that my client can begin managing the property, providing services, and collecting rent from the residential subtenants and occupants. Please call me to discuss. Thanks.


Joseph Goldsmith, Esq.
Kossoff, PLLC
Attorneys at Law
217 Broadway, Suite 401
New York, New York 10007
Tel.:      (212) 267-6364, ext. 278
Cell:      (646) 369-9070
Email:    jgoldsmith@kaulaw.com
website: www.kaulaw.com

*****************************************
Confidentiality Notice -

This transmittal and/or attachments may be a confidential attorney-client communication or may otherwise be privileged or confidential information. If you are not the intended recipient, you are hereby notified that you have received this transmittal in error; any review, dissemination, distribution, or copying of this transmittal is strictly prohibited. If you have received this transmittal and/or attachments in error, please notify us immediately by e-mail reply or by telephone at 212-267-6364 and immediately delete this message and all its attachments.

P  Save a Tree - Think Before You Print.

**From:** "Powers, Travis" <Travis.Powers@klgates.com>
**Date:** January 19, 2021 at 5:04:33 PM EST
**To:** David Dweck <dukeage@aol.com>
**Cc:** sja@flatiron-rea.com, ken.hart@veracitypartners.net, mikemarino789@gmail.com,
Mikemarinojr@veracitypartners.net, "Eliades, Daniel M." <Daniel.Eliades@klgates.com>, "Catuogno, David
S." <David.Catuogno@klgates.com>, "Nisselson, Alan" <anisselson@windelsmarx.com>
**Subject: RE: Quarters / NYC Williamsburg**

Good afternoon, David,

In furtherance of our conversation, below is the contact for the Chapter 7 Trustee, Alan
Nisselson.

Alan Nisselson
Windels Marx Lane & Mittendorf, LLP
156 West 56th Street, New York, New York 10019
Direct Dial: 212.237.1021 | General Fax: 212.262.1215
anisselson@windelsmarx.com | www.windelsmarx.com

As you know, Medici 186 N. 6th LLC (the "Debtor") filed a Chapter 7 bankruptcy petition on
Friday January 15, 2021 and ceased active operations as of said filing.  On January 18, 2021, Mr.
Nisselson was appointed Chapter 7 Trustee and is the authorized representative of the Debtor's
bankruptcy estate.  Mr. Nisselson is copied on this email.  We are sending this email as a
courtesy to help facilitate transition, however, this communication is not made by or on behalf of
the Chapter 7 estate and shall not be binding upon, or prejudicial to, the rights and duties of the
Chapter 7 Trustee or the estate.

Travis

**K&L GATES**

**Travis Powers, Esq.***
K&L Gates LLP
One Newark Center - 10th Floor
Newark, New Jersey 07102
Phone: (973) 848-4112
Fax: (973) 848-4001
Travis.Powers@klgates.com
www.klgates.com
*Admitted in New York

**From:** David Dweck <dukeage@aol.com>
**Sent:** Monday, January 18, 2021 4:49 PM

**To:** Powers, Travis <Travis.Powers@klgates.com>
**Cc:** sja@flatiron-rea.com; ken.hart@veracitypartners.net; mikemarino789@gmail.com;
Mikemarinojr@veracitypartners.net; Eliades, Daniel M. <Daniel.Eliades@klgates.com>; Catuogno, David
S. <David.Catuogno@klgates.com>
**Subject:** Re: Quarters / NYC Williamsburg

Hi Travis,

We are the Landlord (186 N 6 Owner LLC)  at 186 N 6 & 165 N 5th Sreet in Brooklyn, NY
The Debtor is Medici 186 N.6th LLC


Thanks for sending this along.

1.  Many people have started reaching out to us as owners of the building with different questions. Please
advise who we should have them contact. re:

a. Tenants with issues, FOB not working, their app is not working, no one took out their garbage, cleaned
their units, etc..
b. Tenants scheduled to move in who are in transit with no access to the building and their unit. They are
exeremely concerned with the added pressure of Covid and Quarantine
    rules.
c. Safety facility services, who evidently were contracted by Quarters for maintenance and porter services
and they are asking us for further details

2. Please be advised we have never been provided with FOB & key access for emergencies and are
concerned that the building might not be not actively monitored.

3. Lastly, please  note Section 12 of the document you provided states that the property is not
insured.  We have an insurance certificate showing that it is. See attached.

Thanks,

**David Dweck**
**Dukeage@aol.com**
**917-518-3663**


-----Original Message-----
From: Powers, Travis <Travis.Powers@klgates.com>
To: David Dweck <dukeage@aol.com>; rui.barros@quarters.com <rui.barros@quarters.com>
Cc: ulrich.koller@quarters.com <ulrich.koller@quarters.com>; lori.albert@quarters.com
<lori.albert@quarters.com>; sja@flatiron-rea.com <sja@flatiron-rea.com>; ken.hart@veracitypartners.net
<ken.hart@veracitypartners.net>; mikemarino789@gmail.com <mikemarino789@gmail.com>;
Mikemarinojr@veracitypartners.net <Mikemarinojr@veracitypartners.net>; Eliades, Daniel M.
<Daniel.Eliades@klgates.com>; Catuogno, David S. <David.Catuogno@klgates.com>
Sent: Sun, Jan 17, 2021 12:24 pm
Subject: RE: Quarters / NYC Williamsburg

David,

Attached please find the filestamped Chapter 7 petition for Medici 186 N. 6th LLC (the "Debtor") filed
Friday evening in the United States Bankruptcy Court for the Southern District of New York.

Please note that, as the Chapter 7 petition has been filed, the Debtor's creditors are subject to the
automatic stay of 11 U.S.C. 362, which prohibits, among other things, the commencement or continuation
of administrative or legal action against the Debtor or property of its Chapter 7 estate, subject to sanctions
for any violation thereof.  Please let me know if you have any questions.  Thank you.

**K&L GATES**

**Travis Powers, Esq.***
K&L Gates LLP
One Newark Center - 10th Floor
Newark, New Jersey 07102
Phone: (973) 848-4112
Fax: (973) 848-4001
Travis.Powers@klgates.com
www.klgates.com
*Admitted in New York

**From:** David Dweck <dukeage@aol.com>
**Sent:** Sunday, January 17, 2021 12:18 PM
**To:** rui.barros@quarters.com
**Cc:** ulrich.koller@quarters.com; lori.albert@quarters.com; sja@flatiron-rea.com;
ken.hart@veracitypartners.net; mikemarino789@gmail.com;
Mikemarinojr@veracitypartners.net; Eliades, Daniel M. <Daniel.Eliades@klgates.com>; Powers,
Travis <Travis.Powers@klgates.com>
**Subject:** Re: Quarters / NYC Williamsburg

Hi Rui,
We did not hear from your attorneys.
Whatvis the status of the German parent?
Regards,
David Dweck
dukeage@aol.com
917 518 3663

---

On Sunday, January 17, 2021 Rui Barros <rui.barros@quarters.com> wrote:

Hi Duke,

We can confirm that we have filed Chapter 7 bankruptcy. You should have received a notice
from our lawyers at K&L (copied). Attached is the rent roll for the building with tenant
information. We expect a trustee to be appointed early next week who will step in.

Unfortunately, without financing we had no other choice than to file. We wish you all the best.

**Rui M. Barros**
Co-CEO & COO



rui.barros@quarters.com

+1-973-452-7426



**Quarters Services USA LLC**
Part of the Quarters Group
1261 Broadway, Suite 405 | New York, NY 10001 | USA


quarters.com


Facebook


Instagram


Press

**Live with us in:** **Amsterdam** · **Austin** · **Berlin** · **Chicago** · **Düsseldorf** · **Frankfurt** · **Hamburg** · **Munich** · **New York** · **Philadelphia** · **Rotterdam** · **Stuttgart** · **The Hague** · **Washington, D.C.**

On Sun, Jan 17, 2021 at 9:36 AM David Dweck <dukeage@aol.com> wrote:

Ulrich,
It has come to our attention that Medici/Quarters files Chapter 7 on Friday.
Let's set up a call to discuss the next steps.
Regards,
David Dweck
dukeage@aol.com
917 518 3663

On Tuesday, December 15, 2020 Ulrich Koller <ulrich.koller@quarters.com> wrote:

Dear All,

Please find enclosed as agreed the P&L forecast for Williamsburg as well the consolidated figures for Quarters Holding GER (Jan-Oct. FY2020) as a basis for further conversations.

Disclaimer:
All negotiations conferences and discussions related to these negotiations shall be confidential and shall be treated as compromise and settlement negotiations  in accordance with Federal Rule of Evidence 408 and its applicable state counterpart. Any provided financial information has to be treated as confidential  and is not to be shared and distributed to other parties and the parties hereby agree that such information shall be subject to the terms and conditions of the Non-Disclosure Agreement entered into between the parties in November, 2018.

On Tue, 15 Dec 2020 at 17:00, dukeage <dukeage@aol.com> wrote:

Ulrich,

See NDA previously signed.

Regards,

David Dweck
Dukeage@aol.com
917 518 3663


-------- Original message --------
From: Ulrich Koller <ulrich.koller@quarters.com>
Date: 12/14/20 2:51 AM (GMT-05:00)
To: David Dweck <dukeage@aol.com>
Cc: Rui Barros <rui.barros@quarters.com>, Raphael Sidelsky <r.sidelsky@w5-group.com>,
Lori Albert <lori.albert@quarters.com>, sja@flatiron-rea.com, ken.hart@veracitypartners.net,
mikemarino789@gmail.com, Mikemarinojr@veracitypartners.net
Subject: Re: Quarters / NYC Williamsburg

Dear DAvid,

Thanks for your reply, I took the opportunity and sent out a ViCo for 10am, please let me
know if this time is not convenient for somebody.

Thanks BR UK

On Sun, 13 Dec 2020 at 00:03, David Dweck <dukeage@aol.com> wrote:

> Ulrich,
> We are glad to jump in another call this week to discuss our position & how we can possibly help.
> Regards,
> David Dweck
> dukeage@aol.com
> 917 518 3663

On Friday, December 11, 2020 Ulrich Koller <ulrich.koller@quarters.com> wrote:

Dear All,

According to our common video conference please find enclosed from our side the following
options/possibilities to find a solution under the given contractual premises and forecasted financial
KPIs concerning the building in Williamsburg / NYC:


1. Removal of the German parent guarantee and to be replaced by a guarantee from the US holding
company, Quarters Property USA, Inc.

2. Full tax liability shifted to the Landlord and Quarters contributes annually by the following schedule
as Quarters' tax responsibility remains flat from 2023-2025.

2022: $0
2023: $100k
2024: $100k
2025: $100k

3. 10% discount to contractual base rent

4. Profit share structure (90% Landlord / 10% Quarters) based on positive EBITDA


Further options would be:

1. Convert the business model into a management deal with a termination right connected to profitability

2. Termination of the lease with Quarters taking the given security deposit under consideration as well as the already taken FF&E investment.


We hope to find a positive outcome for both parties under the given pandemic circumstances and would highly appreciate an answer from your side promptly.

Best regards, UK

Disclaimer:
All negotiations conferences and discussions related to these negotiations shall be confidential and shall be treated as compromise and settlement negotiations  in accordance with Federal Rule of Evidence 408 and its applicable state counterpart.


--


**Ulrich Koller**




ulrich.koller@quarters.com



+43 676 450 81 50




**Quarters Digital Services GmbH**
Part of the Quarters Group
Zossener Strasse 55 | 10961 Berlin | Germany



quarters.com



Facebook



Instagram



Press

**Live with us in:** **Amsterdam · Austin · Berlin · Chicago · Düsseldorf · Frankfurt · Hamburg · Munich · New York · Philadelphia · Rotterdam · Stuttgart · The Hague · Washington, DC**

Amtsgericht Berlin-Charlottenburg, HRB 156335 B | Managing Director: Ferdinand von Fumetti, Ulrich Koller

*The information transmitted by this email is intended only for the person or entity to which it is addressed. This email may contain proprietary, business-confidential and/or privileged material. If you are not the intended recipient of this message, be aware that any use, review, retransmission, distribution, reproduction or any action taken in reliance upon this message is strictly prohibited. If you received this in error, please contact the sender and delete the material from all computers.*

The information transmitted by this email is intended only for the person or entity to which it is addressed. This email may contain proprietary, business-confidential and/or privileged material. If you are not the intended recipient of this message, be aware that any use, review, retransmission, distribution, reproduction or any action taken in reliance upon this message is strictly prohibited. If you received this in error, please contact the sender and delete the material from all computers.

The information transmitted by this email is intended only for the person or entity to which it is addressed. This email may contain proprietary, business-confidential and/or privileged material. If you are not the intended recipient of this message, be aware that any use, review, retransmission, distribution, reproduction or any action taken in reliance upon this message is strictly prohibited. If you received this in error, please contact the sender and delete the material from all computers.

**Amsterdam · Berlin · Chicago · Düsseldorf · Frankfurt · Hamburg · Munich · New York · Philadelphia · Rotterdam · Stuttgart · The Hague · Washington, D.C.**

Amtsgericht Berlin-Charlottenburg, HRB 156335 B | Managing Director: Ulrich Koller

The information transmitted by this email is intended only for the person or entity to which it is addressed. This email may contain proprietary, business-confidential and/or privileged material. If you are not the intended recipient of this message, be aware that any use, review, retransmission, distribution, reproduction or any action taken in reliance upon this message is strictly prohibited. If you received this in error, please contact the sender and delete the material from all computers.

This electronic message contains information from the law firm of K&L Gates LLP. The contents may be privileged and confidential and are intended for the use of the intended addressee(s) only.  If you are not an intended addressee, note that any disclosure, copying, distribution, or use of the contents of this message is prohibited. If you have received this e-mail in error, please contact me at Travis.Powers@klgates.com.

This electronic message contains information from the law firm of K&L Gates LLP. The contents may be privileged and confidential and are intended for the use of the intended addressee(s) only.  If you are not an intended addressee, note that any disclosure, copying, distribution, or use of the contents of this message is prohibited. If you have received this e-mail in error, please contact me at Travis.Powers@klgates.com.

**From:** Mike Golden <mikegolden@atproperties.com>
**Date:** January 21, 2021 at 6:10:20 PM EST
**To:** David.Catuogno@klgates.com
**Cc:** DWelch@burkelaw.com, artem.ustinov@quarters.com, mrourke@atproperties.com, hnathanson@luxurypm.com, astanton@burkelaw.com, edwardlowery@atproperties.com, Daniel.Eliades@klgates.com, Travis.Powers@klgates.com, "Nisselson, Alan" <anisselson@windelsmarx.com>, "Barr, Leslie" <lbarr@windelsmarx.com>
**Subject: Re: 171 N Aberdeen St Property [KLG-USE_Active01.FID2406359]**

<0.jpg>

My attorney is probably going to kill me for responding to this but I don't really care. I hope you guys know the amount of damage you've done by how you've handled this. You sent a letter to all the tenants with my email address on it telling them we're responsible for everything and you didn't even tell us it was going out. I've got these poor tenants who have no idea what's going on emailing me and tracking us down trying to find out how they can move in, how they can get their heat fixed and if they're going to get kicked out.  We can get no communication from the trustee and we have over 100 people in the building and legally we can't do anything to help them. It's a travesty. This is a $70M+ asset and we are trying to salvage whatever value we can given that we had zero notice that this was going to happen and now you're making it worse by scaring the tenants and giving them false information and making us look like heartless idiots because we can't respond or help them even though they have been told that we are the people to help them. I hope you guys get your act together because I am incredibly disappointed in how it's been handled us far. I understand everyone has a lot on their plate but you guys are royally screwing us.

No need to respond to me and you probably won't because you should be talking to my attorney but if someone from the trustees office would please reach back out to them at least give us an idea of what is going on it would truly be appreciated.

Mike

> On Jan 21, 2021, at 6:00 PM, Catuogno, David S.
> <david.catuogno@klgates.com> wrote:
>
>
> All:
>
> The below email thread has been forwarded to my attention

Please be advised that the subject email was sent out by an employee of a European
affiliate of the ten (10) related Quarters debtors all of which recently filed Chapter 7
petitions in the U.S. Bankruptcy Court in the Southern District of New York (the
"Quarters Related Debtors"). The author is not an employee of the Quarters Related
Debtors and was not authorized to speak on behalf of the Quarters related Debtors.

As you know, as a result of the Chapter 7 filings, all of the Quarters Related Debtors
have ceased all operations.

Alan Nisselson has been appointed Chapter 7 Trustee and is the duly authorized
representative of the Quarters estate(s). Mr. Nisselson has been copied on this email.

While we believe that the email was well intended, we concede that it is not accurate in
its description of the status quo and misapprehends United States bankruptcy law and
its application to the various landlord tenant relationships.

To the extent the email is interpreted as a statement from the Quarters Related Debtors
that subtenant leases and/or security deposits automatically have been "passed" to the
building owners it is recanted.

We are taking steps to make sure there are no further unauthorized communications
and apologize for the confusion.

If anyone on this thread is aware that this message has been forwarded or repeated to
any other recipients, please advise and we will take the steps necessary to correct the
miscommunication.

Additionally, going forward please include me on all communications.  Please also
remove Daniel Eliades from the distribution list.

Thank you


<mime-attachment.jpg>


**David S. Catuogno, Esq.**
K&L Gates LLP
One Newark Center - 10th Floor
Newark, New Jersey 07102
Direct: (973) 848-4023
Mobile: (201) 805-4371
Fax: (973) 848-4001
David.Catuogno@klgates.com
www.klgates.com

Austin  Beijing  Berlin  Boston  Brisbane  Brussels  Charleston  Charlotte  Chicago  Dallas  Doha  Dubai
Fort Worth  Frankfurt  Harrisburg  Hong Kong  Houston  London  Los
Angeles  Melbourne  Miami  Milan  Munich  Newark  New York  Orange County  Palo
Alto  Paris  Perth  Pittsburgh  Portland  Raleigh  Research Triangle Park  San Francisco  São
Paulo  Seattle  Seoul  Shanghai  Singapore  Sydney  Taipei  Tokyo  Washington, D.C.  Wilmington

_____

**From:** David K. Welch <DWelch@BurkeLaw.com>
**Sent:** Thursday, January 21, 2021 5:20 PM
**To:** Artem Ustinov <artem.ustinov@quarters.com>
**Cc:** Mike Golden <mikegolden@atproperties.com>; mrourke@atproperties.com; Harry
Nathanson <hnathanson@luxurypm.com>; Eliades, Daniel M.
<Daniel.Eliades@klgates.com>; Powers, Travis <Travis.Powers@klgates.com>; Aaron H.
Stanton <astanton@burkelaw.com>; Ed Lowery <edwardlowery@atproperties.com>
**Subject:** Re: 171 N Aberdeen St Property

This proposed email is simply not true. The tenant leases have not been "passed to
the owner of the building". The bankruptcy trustee and bankruptcy court
determine what leases are assumed and assigned to any third party whether it be
the owner or otherwise. Also, I would think that we don't want to assume any
liability for or under any lease that we are not a party to and which we have yet to
even see!

Dave

David K. Welch
Burke, Warren, MacKay & Serritella, P.C.
330 N. Wabash, Suite 2100 | Chicago, IL 60611
Phone 312.840.7122 | Fax 312.840.7900
dwelch@burkelaw.com | www.burkelaw.com | my profile

Confidentiality Note: This email message is for the sole use of the
intended recipient(s) and may contain confidential and privileged
information. Any unauthorized review, use, disclosure or distribution is
strictly prohibited. If you are not the intended recipient, contact the sender
via reply email and destroy all copies of the original message.

**David K. Welch**
Burke, Warren, MacKay & Serritella, P.C.
330 N Wabash Ave, 21st Floor | Chicago, IL 60611
**P** 312-840-7122 | **F** 312-840-7900
DWelch@BurkeLaw.com | www.burkelaw.com
Profile | vCard

<mime-attachment.jpg>

<mime-attachment.png>

*Confidentiality Note: This email message is for the sole use of the intended recipient(s) and may
contain confidential and privileged information. Any unauthorized review, use, disclosure or
distribution is strictly prohibited. If you are not the intended recipient, contact the sender via
reply email and destroy all copies of the original message.*

<mime-attachment.png>

On Jan 21, 2021, at 4:14 PM, Artem Ustinov
<artem.ustinov@quarters.com> wrote:

Hi Mike and Mike,

Quarters is setting up an automatic email response (via Hubspot) for those tenants who will try to reach out via the Quarters App or email. Please review the below, and add your relevant contact information (next to the text in bold) that will be shown in this auto-response email to direct tenants to your or your operator.

*Dear Quarters Member,*
*Thank you for reaching out to us. As we've already communicated via email we have to close Quarters in the United States and will no longer operate the building you live in. Although your building will not be part of our community any longer, you will of course be able to continue living here. Your lease has been passed to the owner of your building, and your deposit lies with them as well. If you have any questions concerning your contract with them, please reach out to them directly. Please find below the contact information for each location:*

*Location - 171 N Aberdeen St.*
***Company***
***Contact Person***
***Phone Number***
***Email address***

*.*
*We would like to thank you for building Quarters with us and wish you all the best.*
*Your Quarters Team*

Thank you,
Artem

On Wed, Jan 20, 2021 at 9:02 PM Harry Nathanson <hnathanson@luxurypm.com> wrote:

Mike provided his information earlier  this evening. I just need to make sure going forward I have full access to the system to add and delet tenants as need.

Harry

Sent from my Verizon, Samsung Galaxy smartphone

-------- Original message --------
From: Mike Golden <mikegolden@atproperties.com>
Date: 1/20/21 8:46 PM (GMT-06:00)
To: artem.ustinov@quarters.com

Cc: mrourke@atproperties.com, daniel.eliades@klgates.com,
travis.powers@klgates.com, astanton@burkelaw.com,
dwelch@burkelaw.com, edwardlowery@atproperties.com, Harry
Nathanson <hnathanson@luxurypm.com>
Subject: Re: 171 N Aberdeen St Property

Harry/Ed/Mike who is the right person?

> On Jan 20, 2021, at 5:17 PM, Artem Ustinov
> <artem.ustinov@quarters.com> wrote:

> Hi Mike and Mike,

> Good to hear from you.
> Please let me know what information I can help
> you with.

> One of the most important topics is the
> Salto access control. I am in contact with Salto KS
> HQ who are figuring out how to export access
> control for 171 N Aberdeen and transfer it to your
> control.

> Salto requested the following information for who
> to set up the account which will have control over
> the access control system

> - surname
> - location, address
> - e-mail address (please corporate mail address)

> Let me know so I can forward to Salto. I will
> connect you (or appointed by the ownership party)
> with Salto to discuss the system commissioning
> and etc as soon as they let us know about next
> steps, and also how long it is going to take their
> team.

> Let me know what other topics I can try to help
> you with.

> Best,
> Artem

> On Tue, Jan 19, 2021 at 5:22 PM Mike Golden
> <mikegolden@atproperties.com> wrote:

>> Thanks Artem. Please also copy our counsel Dave
>> Welch and Aaron Stanton as well. We want to do
>> what is best for the tenants and the property and

want to make sure we don't do anything wrong as
we work through this process. Also might want to
bring the trustee into the conversation. Currently I
believe they are responsible for running the
building until they handed over to us or someone
else. If someone can bring them in to the
conversation that would be great. We were at the
building today and The tenants are confused as to
who to talk to and where to go for questions and it
does not appear that the maintenance person who
is handling the building is any longer there so
things are starting to become a mess very quickly.

Mike

> On Jan 19, 2021, at 5:15 PM, Mike
> Rourke
> <[mrourke@atproperties.com](mailto:mrourke@atproperties.com)>
> wrote:
>
> Artem,
>
> Good to hear from you, thank you
> for reaching out. Do you have time
> for a call tomorrow morning? As
> early as you want.
>
> Let me know.
>
> **Michael P. Rourke**
> **Vice President | Commercial & Asset**
> **Management**
>
> <image001.png>
>
> 2356 N. Elston Ave
>
> Chicago, IL 60614

312-505-1610 mobile
mrourke@atproperties.com

atproperties@commercial.com

*Follow Us On Facebook at:*
*https://www.facebook.com/atprop*
*ertiescommercial/*

*Follow Us On LinkedIn*
*at:  https://www.linkedin.com/com*
*pany/24790432/*

---

**From:** Artem Ustinov
<artem.ustinov@quarters.com>
**Sent:** Tuesday, January 19, 2021
4:12 PM
**To:** Mike Golden
<mikegolden@atproperties.com>;
Mike Rourke
<mrourke@atproperties.com>
**Cc:** daniel.eliades@klgates.com;
travis.powers@klgates.com
**Subject:** 171 N Aberdeen St
Property

Hi Mike and Mike,

I know this is a very frustrating
and complicated time.

I would like to connect and help to
smoothen the transition of the
property.

Please let me know what
information about the property and
its operations I can help you with.

I am figuring out how security and
access control systems can be
transferred, and who to connect
you with.

I understand that time is of the
essence, as the property is
continuing to operate.

Daniel and Travis (cc'd) are the
bankruptcy attorneys for Quarters,
who should be cc'd on all
communications.

Looking forward to hearing from
you,

Artem

--

**ARTEM USTINOV**

Senior Project Manager

artem.ustinov@quarters.com

+49 15737 494258

**Quarters Services USA LLC**

Part of the Quarters Group

8

1261 Broadway, Suite 405 | New York, NY 10001 | USA

quarters.com

Facebook

Instagram

Press

**Live with us in:** Amsterdam · Austin · Berlin · Chicago · Düsseldorf · Frankfurt · Hamburg · Munich · New York · Philadelphia · Rotterdam · Stuttgart · The Hague · Washington, D.C.

Amsterdam · Berlin · Chicago · Düsseldorf · Frankfurt · Hamburg · Munich · New York · Philadelphia · Rotterdam · Stuttgart · The Hague · Washington, D.C.

Amtsgericht Berlin-Charlottenburg, HRB 156335 B | Managing Director: Ulrich Koller

The information transmitted by this email is intended only for the person or entity to which it is addressed. This email may contain proprietary, business-confidential and/or privileged material. If you are not the intended recipient of this message, be aware that any use, review, retransmission, distribution, reproduction or any action taken in reliance upon this message is strictly prohibited. If you received this in error, please contact the sender and delete the material from all computers.

**IMPORTANT NOTICES**
**Never trust wiring instructions sent via email**. Cyber criminals are hacking email accounts and sending emails with fake wiring instructions. These emails are convincing and sophisticated. **<u>Always</u>** independently confirm wiring instructions in person or via a telephone call to a trusted and verified phone number. **<u>Never</u>** wire money without double-

9

checking that the wiring instructions are correct. By opening this e-mail, you agree that you understand the risks of hacking and agree that At World Properties LLC shall have no liability for the wiring of funds.

This email message is for the sole use of the intended recipient(s) and may contain confidential and privileged information. Any unauthorized review, use, disclosure or distribution is strictly prohibited. If you are not the intended recipient, contact the sender via reply email and destroy all copies of the original message. Although At World Properties LLC takes reasonable measures to prevent the transmission of computer viruses, by opening this email you agree that At World Properties LLC shall have no liability for any loss or damage caused by this email.

--

**ARTEM USTINOV**
Senior Project Manager



artem.ustinov@quarters.com

+49 15737 494258

**Quarters Services USA LLC**
Part of the Quarters Group
1261 Broadway, Suite 405 | New York, NY 10001 | USA



quarters.com

Facebook

Instagram

Press

**Live with us in:** Amsterdam · Austin · Berlin · Chicago · Düsseldorf · Frankfurt · Hamburg · Munich · New York · Philadelphia · Rotterdam · Stuttgart · The Hague · Washington, D.C.

Amsterdam · Berlin · Chicago · Düsseldorf · Frankfurt · Hamburg · Munich · New York · Philadelphia · Rotterdam · Stuttgart · The Hague · Washington, D.C.

Amtsgericht Berlin-Charlottenburg, HRB 156335 B | Managing Director: Ulrich Koller

*received this in error, please contact the sender and delete the*
*material from all computers.*

**IMPORTANT NOTICES**

**Never trust wiring instructions sent via email.** Cyber criminals are
hacking email accounts and sending emails with fake wiring instructions. These
emails are convincing and sophisticated. **<u>Always</u>** independently confirm wiring
instructions in person or via a telephone call to a trusted and verified phone
number. **<u>Never</u>** wire money without double-checking that the wiring
instructions are correct. By opening this e-mail, you agree that you understand
the risks of hacking and agree that At World Properties LLC shall have no
liability for the wiring of funds.

This email message is for the sole use of the intended recipient(s) and may contain
confidential and privileged information. Any unauthorized review, use, disclosure or
distribution is strictly prohibited. If you are not the intended recipient, contact the sender
via reply email and destroy all copies of the original message. Although At World
Properties LLC takes reasonable measures to prevent the transmission of computer
viruses, by opening this email you agree that At World Properties LLC shall have no
liability for any loss or damage caused by this email.

--

**ARTEM USTINOV**
Senior Project Manager



artem.ustinov@quarters.com



+49 15737 494258

QUARTERS

**Quarters Services USA LLC**
Part of the Quarters Group
1261 Broadway, Suite 405 | New York, NY 10001 | USA



quarters.com



Facebook



Instagram



Press

**Live with us in:** **Amsterdam · Austin · Berlin · Chicago · Düsseldorf · Frankfurt · Hamburg ·**
**Munich · New York · Philadelphia · Rotterdam · Stuttgart · The Hague · Washington, D.C.**

**Amsterdam · Berlin · Chicago · Düsseldorf · Frankfurt · Hamburg · Munich · New York ·**
**Philadelphia · Rotterdam · Stuttgart · The Hague · Washington, D.C.**

Amtsgericht Berlin-Charlottenburg, HRB 156335 B | Managing Director: Ulrich Koller

*The information transmitted by this email is intended only for the person or entity to which it is addressed. This email may contain proprietary, business-confidential and/or privileged material. If you are not the intended recipient of this message, be aware that any use, review, retransmission, distribution, reproduction or any action taken in reliance upon this message is strictly prohibited. If you received this in error, please contact the sender and delete the material from all computers.*

This electronic message contains information from the law firm of K&L Gates LLP. The contents may be privileged and confidential and are intended for the use of the intended addressee(s) only. If you are not an intended addressee, note that any disclosure, copying, distribution, or use of the contents of this message is prohibited. If you have received this e-mail in error, please contact me at David.Catuogno@klgates.com.

**IMPORTANT NOTICES**
**Never trust wiring instructions sent via email.** Cyber criminals are hacking email accounts and sending emails with fake wiring instructions. These emails are convincing and sophisticated. **Always** independently confirm wiring instructions in person or via a telephone call to a trusted and verified phone number. **Never** wire money without double-checking that the wiring instructions are correct. By opening this e-mail, you agree that you understand the risks of hacking and agree that At World Properties LLC shall have no liability for the wiring of funds.
This email message is for the sole use of the intended recipient(s) and may contain confidential and privileged information. Any unauthorized review, use, disclosure or distribution is strictly prohibited. If you are not the intended recipient, contact the sender via reply email and destroy all copies of the original message. Although At World Properties LLC takes reasonable measures to prevent the transmission of computer viruses, by opening this email you agree that At World Properties LLC shall have no liability for any loss or damage caused by this email.

\<ATT00001.jpg\>
\<ATT00002.png\>
\<ATT00003.jpg\>
\<ATT00004.png\>