WINDELS MARX LANE & MITTENDORF, LLP
*Attorneys for Alan Nisselson, Interim Chapter 7 Trustee*
156 West 56th Street
New York, New York 10019
Telephone: (212) 237-1000
Attorneys appearing:  Alan Nisselson (anisselson@windelsmarx.com)
Leslie S. Barr (lbarr@windelsmarx.com)

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re<br><br>MEDICI 326 GRAND LLC,<br><br>          Debtor. | Chapter 7<br><br>Case No. 21-10073-jlg |
| In re<br><br>MEDICI 1150 N. AMERICAN STREET LLC,<br><br>          Debtor. | Chapter 7<br><br>Case No. 21-10074-jlg |
| In re<br><br>MEDICI 171 N. ABERDEEN LLC,<br><br>          Debtor. | Chapter 7<br><br>Case No. 21-10075-jlg |
| In re<br><br>MEDICI 186 N. 6TH LLC,<br><br>          Debtor. | Chapter 7<br><br>Case No. 21-10076-jlg |
| In re<br><br>MEDICI 251 DEKALB LLC,<br><br>          Debtor. | Chapter 7<br><br>Case No. 21-10077-jlg |
| In re<br><br>MEDICI 320 FLORIDA LLC,<br><br>          Debtor. | Chapter 7<br><br>Case No. 21-10078-jlg |

| | |
|---|---|
| In re<br><br>MEDICI 629 E. 5TH LLC,<br><br>Debtor. | Chapter 7<br><br>Case No. 21-10079-jlg |
| In re<br><br>MEDICI 890-911 JEFFERSON AVENUE LLC,<br><br>Debtor. | Chapter 7<br><br>Case No. 21-10080-jlg |
| In re<br><br>QUARTERS PROPERTIES USA, INC.,<br><br>Debtor. | Chapter 7<br><br>Case No. 21-10081-jlg |
| In re<br><br>QUARTERS SERVICES USA, LLC,<br><br>Debtor. | Chapter 7<br><br>Case No. 21-10082-jlg |

## AFFIDAVIT OF SERVICE BY ELECTRONIC MAIL

**STATE OF NEW YORK** )
                                      ) ss.:
**COUNTY OF NEW YORK** )

**MATTHEW CORWIN,** being duly sworn, deposes and says that deponent is not a party to the action, is over 18 years of age, is employed at Windels Marx Lane & Mittendorf, LLP, 156 West 56th Street, New York, New York 10019, and that on January 25, 2021, I served the:

*Trustee's Motion for Order Pursuant to 11 U.S.C. §§ 105(a), 305(a), and 707(a) Dismissing Debtors' Bankruptcy Cases for Cause*;

*Declaration of Alan Nisselson in Support of Motion to Dismiss and Local Bankruptcy Rule 9077-1 Relief with Exhibit A to Nisselson Declaration - Proposed Order Scheduling Hearing, Exhibit B to Nisselson Declaration - Tenant emails, Exhibit C to Nisselson Declaration - Landlord emails and Exhibit D to Nisselson Declaration - Service provider Emails*;

*Order dated 1/25/2021 Granting Trustee's Motion for Order Shortening Time for Hearing to Consider Trustee's Motion Pursuant to 11 U.S.C. §§ 105(a), 305(a), and 707(a) to Dismiss Debtors' Bankruptcy Cases for Cause* upon:

ALL PARTIES ON THE ATTACHED LIMITED SERVICE LIST by electronic mail to the

addresses received by Trustee where an electronic mail address is noted after any of the

names listed or by automatic notification through the Court's Electronic Case Filing System

(ECF) where so noted after any of the names listed on the attached Service List

| | |
|---|---|
| Sworn to before me this 25th day of January 2021<br><br>*/s/ Maritza Segarra*<br>Maritza Segarra<br>Notary Public, State of New York<br>No. 01SE4652865<br>Qualified in Westchester County<br>Commission Expires December 31, 2021 | */s/ Matthew Corwin*<br>MATTHEW CORWIN |

MEDICI 326 GRAND LLC 21-10073-JLG
MEDICI 1150 N. AMERICAN STREET LLC 21-10074-JLG
MEDICI 171 N. ABERDEEN LLC 21-10075-JLG
MEDICI 186 N. 6TH LLC 21-10076-JLG
MEDICI 251 DEKALB LLC 21-10077-JLG
MEDICI 320 FLORIDA LLC 21-10078-JLG
MEDICI 629 E. 5TH LLC 21-10079-JLG
MEDICI 890-911 JEFFERSON AVENUE LLC LLC 21-10080-JLG
**QUARTERS PROPERTIES USA, INC. 21-10081-JLG**
QUARTERS PROPERTIES USA, LLC 21-10082-JLG

MASTER SERVICE LIST
INCLUDES UST, DEBTOR APPEARANCES, PRO
HAC VICE ATTORNEYS AND ALL PARTIES THAT
CONTACTED
UPDATED 1/25/2021

GREG ZIPES, ESQ.
OFFICE OF THE UNITED STATES TRUSTEE
U.S. FEDERAL OFFICE BUILDING
201 VARICK STREET, SUITE 1006
NEW YORK, NY   10014

GREG.ZIPES@USDOJ.GOV

DAVID S. CATUOGNO, ESQ.
JON TRAVIS POWERS, ESQ.
K&L GATES LLP
ONE NEWARK CENTER, 10TH FLOOR
NEWARK, NJ 07102

**BY ECF**

QUARTERS PROPERTIES USA, INC.
215 PARK AVENUE SOUTH
NEW YORK, NY 10003

**MEDICI 326 GRAND LLC
21-10073-JLG
DKT. 5**

ANDA GRAND STREET, LLC
C/O ANDA PARTNERS
234 EAST COLORADO BLVD.
STE. 502 PASADENA, CA 91101

CONTINENTAL WINDOW CLEANING
1378 60TH STREET
BROOKLYN, NY 11219

EMPIRE 326 GRAND LLC
C/O EMPIRE CAPITAL HOLDINGS
384 FIFTH AVE.
7TH FLOOR
NEW YORK, NY 10018

{11887783:1}

JORDAN COOPER LLC
440 NINTH AVENUE
15TH FLOOR
NEW YORK, NY 10001

RID IT EXTERMINATORS
40 RICHFIELD AVENUE
YONKERS, NY 10704

ROBERT G. KOEN, ESQ.
MAYER BROWN LLP
1221 AVENUE OF THE AMERICAS
NEW YORK, NY 10020

VMAR ELECTRIC LTD.
408 GRAND STREET
BROOKLYN, NY 11211

**MEDICI 1150 N. AMERICAN STREET LLC
21-10074-JLG
THRU DKT. NO. 7**

1201 CALLOWHILL ASSOCIATES LP
C/O PATRIOT PARKING, INC.
2215 WALNUT STREET
PHILADELPHIA, PA 19103

B.S. INGERSOLL, LLC
1363 NORTH 31ST STREET
#419
PHILADELPHIA, PA 19121

COMCAST
7250 S. HAVANA STREET
SUITE 500 ENGLEWOOD, CO 80112

KLEINBARD LLC
THREE LOGAN SQUARE
1717 ARCH STREET
5TH FLOOR PHILADELPHIA, PA 19103

{11887783:1}

MEDICI 171 N. ABERDEEN LLC
**21-10075-JLG**
**DKT. NO. 13**

**FREDERICK E. SCHMIDT**
COZEN O'CONNOR
3 WORLD TRADE CENTER
175 GREENWICH STREET
55TH FLOOR
NEW YORK, NY 10007

ATTORNEYS FOR **ABERDEEN DEVELOPERS LLC**
eschmidt@cozen.com

AARON H. STANTON, ESQ.
BURKE, WARREN, MACKAY & SERRITELLA, P.C.
330 NORTH WABASH AVENUE
SUITE 2100 CHICAGO, IL 60611

E-MAIL ADDRESS: ASTANTON@BURKELAW.COM

BRIAN P. WELCH
BURKE, WARREN, MACKAY & SERRITELLA, P.C.
330 NORTH WABASH AVENUE
SUITE 2100 CHICAGO, IL 60611

E-MAIL ADDRESS: BWELCH@BURKELAW.COM

BRIAN SHAW. ESQ.
COZEN O'CONNOR
123 NORTH WACKER DRIVE
SUITE 1800 CHICAGO, IL 60606

E-MAIL ADDRESS: BSHAW@COZEN.COM

DAVID K. WELCH, ESQ.
BURKE, WARREN, MACKAY & SERRITELLA, P.C.
330 NORTH WABASH AVENUE
SUITE 2100 CHICAGO, IL 60611

E-MAIL ADDRESS: DWELCH@BURKELAW.COM

MARLA S. BENEDEK, ESQ.
COZEN O'CONNOR
1201 N. MARKET STREET
SUITE 1001
WILMINGTON, DE 19801

E-MAIL ADDRESS: MBENEDEK@COZEN.COM

33 MANAGEMENT, LLC
ATTN.: MARY GIBALA
357 WEST CHICAGO AVE.,
STE 100
CHICAGO, IL 60654

ABERDEEN DEVELOPERS LLC
ATTN.: MICHAEL LERNER
806 N. PEORIA,
FLOOR 5
CHICAGO, IL 60642

ARROW PEST CONTROL
200 CAMPUS DRIVE
SUITE B
MORGANVILLE, NJ 07751

BOSTON TEXTILE COMPANY, INC.
254 WASHINGTON STREET
QUINCY, MA 02169

BROTSCHUL POTTS LLC
ATTN.: MATT BROTSCHUL
30 N. LASALLE, UNIT 1402
CHICAGO, IL 60602

BUTTERFLYMX
127 W. 26TH STREET
9TH FLOOR
NEW YORK, NY 10001

LOGISTICS PLUS, INC.
1406 PEACH STREET
ERIE, PA 16501

**MEDICI 186 N. 6TH LLC**
**21-10076-JLG**
**DKT. 4**

**FRED B. RINGEL, ESQ.**
ROBINSON BROG LEINWAND GREENE
GENOVESE &
GLUCK P.C.
875 THIRD AVENUE, 9TH FLOOR
NEW YORK, NY 10022

**ATTORNEYS FOR** 186 N6 OWNER LLC
fbr@robinsonbrog.com

186N6 OWNER LLC
C/O FLATIRON REAL ESTATE ADV.
119 WEST 23RD STREET
SUITE 90
NEW YORK, NY 10011

CAPITAL SPRINKLER SERVICE
51-51 59TH PLACE
WOODSIDE, NY 11377

CENTRAL INTERIORS, INC.
499 7TH AVENUE FLOOR
12N NEW YORK, NY 10018

CLIFFORD SCHWARTZ, ESQ.
SCHWARTZ & BLUMENSTEIN
250 WEST 57TH STREET
STE 1619
NEW YORK, NY 10107

DUKE EQUITIES
83 LEONARD STREET
NO. 1
NEW YORK, NY 10013

EASTERN ELEVATOR
213 FROST STREET
BROOKLYN, NY 11211

WAYFAIR LLC
4 COPLEY PLACE
FLOOR 7
BOSTON, MA 02116

**MEDICI 251 DEKALB LLC**
**21-10077-JLG**
**DKT. 4**

AKERMAN LLP
520 MADISON AVENUE
20TH FLOOR
NEW YORK, NY 10022

BENZION FRANKEL PC
ATTN.: BENZION FRANKEL, ESQ.
1716 CONEY ISLAND AVE.
STE. 400
BROOKLYN, NY 11230

JM HOLDINGS 1 LLC
C/O CEDAR HOLDINGS, LLC
150 AIRPORT ROAD
SUITE 900
LAKEWOOD, NJ 08701

LPC PROPERTIES LLC
C/O CEDAR HOLDINGS, LLC
150 AIRPORT ROAD
SUITE 900
LAKEWOOD, NJ 08701

ROTH INNOVATIONS LLC
C/O CEDAR HOLDINGS LLC
150 AIRPORT ROAD, SUITE 900
LAKEWOOD, NJ 08701

{11887783:1}

**MEDICI 320 FLORIDA LLC**
**21-10078-JLG**
DKT. 7

320 FLORIDA OWNER, LLC
ATTN.: VINCE MARINO
119 WASHINGTON AVENUE
STE 502

MIAMI BEACH, FL 33139

BRIGHTCLEAN CORPORATION
19225 SAINT JOHNSBURRY LANE
GERMANTOWN, MD 20876

L2 HIGH LINE, LLC
1875 CONNECTICUT AVE NW
ATTN.: DAVID FRANCO
10 FL WASHINGTON, DC 20009

PIZZANO
C/O BRYCE TAYLOR
1019 CAMERON STREET
ALEXANDRIA, VA 22314

**MEDICI 629 E. 5TH LLC**
**21-10079-JLG**
**DKT. 7**

START ELEVATOR LLC
1350 BULLARD AVENUE
BRONX, NY 10466

MCAP 629 E5TH STREET LLC
C/O MORGENSTERN CAPITAL
401 PARK AVENUE S.
, 10TH FLOOR
NEW YORK, NY 10016

MEISTER SEELIG & FEIN LLP
ATTN.: MATTHEW KASINDORF, ESQ.
125 PARK AVENUE
NEW YORK, NY 10017

{11887783:1}

**MATTHEW V. SPERO, ESQ.**
RIVKIN RADLER LLP
926 RXR PLAZA
UNIONDALE, NY 11556

**ATTORNEYS FOR LG JEFFERSON LLC**
MATTHEW.SPERO@RIVKIN.COM

**21-10080-JLG**
MEDICI 890-911 JEFFERSON AVENUE LLC
DKT. 5

LG JEFFERSON LLC
C/O LEGION INVESTMENT GROUP LL
600 MADISON AVE.
14TH FLOOR
NEW YORK, NY 10065

QUARTERS PROPERTIES USA, INC.
**21-10081-JLG**
DKT. 4

1255-1261 BROADWAY LLC
DBA1255 CO.
C/O KOEPPELL ROSEN
40 EAST 69TH STREET
NEW YORK, NY 10021

ASSURANCE A MARSH & MCLENNAN AGENCY LLC
111 N. CANAL STREET
SUITE 550
CHICAGO, IL 60606

CROWN RETAIL SERVICES LLC
767 FIFTH AVENUE
24TH FLOOR
NEW YORK, NY 10153

GENERAL STAR INDEMNITY COMPANY
120 LONG RIDGE ROAD
STAMFORD, CT 06902

GREAT AMERICAN INS. CO.
301 E. 4TH STREET
CINCINNATI, OH 45202

GREG GOULD
50 SOUTH POINTE DRIVE
LOFT 6
MIAMI BEACH, FL 33139

HELLORENTED
311 WEST 43RD STREET
NEW YORK, NY 10036

ICEBERG MANAGEMENT LLC
3411 SILVERSIDE ROAD TATNALL BUILDING 104
WILMINGTON, DE 19810

MCAP 629 E5TH STREET LLC
C/O MORGENSTERN CAPITAL
401 PARK AVENUE S
10TH FLOOR
NEW YORK, NY 10016

NATIONWIDE MANAGEMENT LIAB.
7 WORLD TRADE CENTER,
37TH FL.
250 GREENWICH STREET
NEW YORK, NY 10007

NORTH AMERICAN SPECIALTY INS.
650 ELM STREET
#600
MANCHESTER, NH 03101

NORTHEAST BANK
200 BERKELEY STREET
17TH FLR
BOSTON, MA 02116

NORTHFIELD INSURANCE COMPANY
385 WASHINGTON STREET
MAIL CODE 9275 SB03N
SAINT PAUL, MN 55102

**QUARTERS HOLDING GMBH
PART OF QUARTERS CO-LIVING
GRP ZOSSENER STRABE 55 10961 BERLIN**

ROBERT CONDON
1252 REEDER CIRCLE NE
ATLANTA, GA 30306

SCOTTSDALE INS. CO.
ONE NATIONWIDE PLAZA
COLUMBUS, OH 43215

SCOTTSDALE INS. CO.
8877 NORTH GAINEY CENTER DRIVE
SCOTTSDALE, AZ 85258

SILICON VALLEY BANK
3003 TASMAN DRIVE
2ND FLOOR, MAIL SORT HF210
SANTA CLARA, CA 95054

SWISS REINSURANCE AMERICAN COR
175 KING STREET
ARMONK, NY 10504

TANNENBAUM HELPERN
SYRACUSE & HIRSCHTRITT LLP
900 THIRD AVENUE
NEW YORK, NY 10022

THOMSON REUTERS –
WEST 610 OPPERMAN DRIVE
SAINT PAUL, MN 55123

W5 GROUP LLC
119 WASHINGTON AVENUE
SUITE 502
MIAMI BEACH, FL 33139

WESTPORT INS. CORP.
5200 METCALF AVENUE
MISSION, KS 66202

YARDI MATRIX
430 S. FAIRVIEW AVENUE
GOLETA, CA 93117

YORK INTERNATIONAL AGENCY LLC
500 MAMARONECK AVENUE
SUITE 220
HARRISON, NY 10528

{11887783:1}

QUARTERS SERVICES USA, LLC
**21-10082-JLG**
**DKT. 7**

BRANDON NICASTRO
PO BOX 82572
GOLETA, CA 93118-2572

INDEMNITY INS. CO. OF NA
436 WALNUT STREET
PHILADELPHIA, PA 19106

LORI ALBERT
10828 E. CRESTRIDGE CIRCLE
ENGLEWOOD, CO 80111

NORTHEAST BANK
200 BERKELEY STREET
17TH FLR
BOSTON, MA 02116

RUI BARROS
40 DOGWOOD LANE
SANDS POINT, NY 11050

SIGHTHOUND SEARCH PARTNERS
ATTN.: JAMES DELL'OLIO
747 THIRD AVENUE
2ND FLOOR NEW YORK, NY 10017

YARDI MATRIX
430 S. FAIRVIEW AVENUE
GOLETA, CA 93117

ZURICH AMERICAN INS. CO.
1299 ZURICH WAY
SCHAUMBURG, IL 60196

PARTIES THAT CONTACTED THE
INTERIM TRUSTEE BY EMAIL
(SERVED BY EMAIL)

Cory A. Smith
cory.smith@firstinsurancefunding.com

Aaron Bergman
abergman@empirecapitalre.com

Josh Rahmani <josh@empirecapitalre.com

>, Ebi Khalili <ekhalili@empirecapitalre.com>,

Joseph Goldsmith <jgoldsmith@kaulaw.com>

Boston Textile Accounting
<accounting@bostontextile.com

Brendan Butler <bbutler@bostontextile.com

>, David Leahy Jr <leahy@bostontextile.com>

James Germain <jmgermain17@gmail.com>

{11887783;1}

David K. Welch" <DWelch@burkelaw.com>

Aaron H. Stanton<astanton@burkelaw.com>,

Frederick Schmidt <ESchmidt@cozen.com>,

Brian Shaw <bshaw@cozen.com>, "

Kristen Kenney <Kristen@morgensterncap.com>

Robert Morgenstern Robert@morgensterncap.com>,

Jonathan Vayner <Jonathan@canvaspg.com>

Reid <Reid@canvaspg.com>

Dina Ufberg <dina@hellorented.com>

Guy Wollmann GUY@hellorented.com>

Joseph Goldsmith, Esq.
Kossoff, PLLC
Attorneys at Law
217 Broadway, Suite 401
New York, New York 10007
Email:   jgoldsmith@kaulaw.com

Sherry Te <sherryainete@gmail.com>

Lindsay Hickey
<lindsay.hickey.salesforce@gmail.com>

"Eliades, Daniel M." <Daniel.Eliades@klgates.com>,

Alba Nor Benissa Mercader
<albanor.mercader@gmail.com>

Krini Papacharalambous <kp1869@nyu.edu>

abergman@empirecapitalre.com,

andy@andarealty.com

Leilani Choi <leilanilchoi@gmail.com>

Marcus Thompson <marcus.terrell@me.com>

Iro Kalemi <irokalemi@gmail.com>

Kristen Kenney <Kristen@morgensterncap.com

Robert Morgenstern
Robert@morgensterncap.com>,

Jonathan Vayner <Jonathan@canvaspg.com>

Lindsay Hickey
<lindsay.hickey.salesforce@gmail.com>

David Dweck <dukeage@aol.com>

sja@flatiron-rea.com

ken.hart@veracitypartners.net

Mikemarinojr@veracitypartners.net

Mikemarinojr@veracitypartners.net

Ann Plewa <ann.plewa@bigcityhamco.com>

Murray, BJ" <bj.murray@hubinternational.com>

Leilani Choi <leilanilchoi@gmail.com>

ann.plewa@bigcityhamco.com>

Clara Ramos <alstonclara95@gmail.com>

artem.ustinov@quarters.com,

mikegolden@atproperties.com

mrourke@atproperties.com

hnathanson@luxurypm.com

astanton@burkelaw.com

edwardlowery@atproperties.com

dianeklindsey@gmail.com

Quarters Support <support@quarters.com>

Jimit Shah <jimit@goquarters.com>

Sandy Phung <sandy.phung@quarters.com>

Edson, Lauren" <Lauren.Edson@roedlusa.com

Hock, Christian Christian.Hock@roedlusa.com>

Feifei Chen <feifei.chen@quarters.com>

Mike Golden <mikegolden@atproperties.com>

artem.ustinov@quarters.com,                    mrourke@atproperties.com

hnathanson@luxurypm.com                        edwardlowery@atproperties.com

Nubin T <nubinismail@gmail.com>                Francesco Marconi
                                               <marconifrancesco97@gmail.com>

Sam Herzfeld <sherzfeld@safetyfacilityservices.com>   Jesse Berland
                                               <jberland@safetyfacilityservices.com>

<aaronwheeler@protonmail.com>                  Anna Buzhor <buzhoranna@gmail.com>

>, Reid <Reid@canvaspg.com>