

**U.S. Department of Justice**

Office of the United States Trustee
*Southern District of New York*

*201 Varick Street*      *(212) 510-0500*
*Room 1006*      *Fax: (212) 668-2255*
*New York, New York 10014*

**SUCCESSOR TRUSTEE MEMORANDUM**

TO:        Case Administration-Judge Team for Judge **Garrity**
              New York, New York

FROM:      William K. Harrington
              United States Trustee

PREPARED BY: Mary Moroney

DATE:        January 26, 2021

RE:          Appointment of Successor Chapter 7 Trustee and
              Scheduling of Section 341(a) Meeting To Be Noticed
              By Clerk's Office

---

     The below listed case has been reviewed.

     **Salvatore LaMonica** has been selected as the Successor Trustee. His address is **LaMonica Herbst & Maniscalco, LLP, 3305 Jerusalem Avenue, Wantagh, New York 11793. Telephone No. (516) 826-6500 Fax No. (516) 826-0222.**

     The 341(a) meeting for the below listed case should be <u>rescheduled</u> and will be held telephonically with **Salvatore LaMonica** as the trustee on **March 17, 2021** at the time indicated below:

<u>**SUCCESSOR TRUSTEE - CHAPTER 7 CASE**</u>

<u>11:00 AM</u>

**Quarters Services USA, LLC**           **21-10082(JLG)**

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

In Re:

**Quarters Services USA, LLC,**        **21-10082(JLG)**

　　　　　Debtor(s).

SUCCESSOR APPOINTMENT OF TRUSTEE
AND DESIGNATION OF REQUIRED BOND

TO: **Salvatore LaMonica**
　　**LaMonica Herbst & Maniscalco, LLP**
　　**3305 Jerusalem Avenue,**
　　**Wantagh, New York 11793**

　　Alan Nisselson, the Trustee for the above-captioned debtor(s) having tendered his resignation, you are hereby appointed pursuant to 11 U.S.C. § 703(b), as Successor Trustee.

　　The amount of your bond is covered by the bond of Interim Trustees in Chapter 7 cases issued by Liberty Mutual Insurance Company which is on file with the Office. See 11 U.S.C. 322(a) FRBP 2010. In addition, because your blanket acceptance of appointment is on file (FRBP 2008; FRBP 2010(a)), you are required to notify the undersigned in writing within five (5) business days after receipt of this notice only in the event you reject this appointment.

Dated:  New York, New York
　　　　January 26, 2021

　　　　　　　　　　　　　　　　　　William K. Harrington
　　　　　　　　　　　　　　　　　　William K. Harrington
　　　　　　　　　　　　　　　　　　United States Trustee
　　　　　　　　　　　　　　　　　　201 Varick Street
　　　　　　　　　　　　　　　　　　Room 1006
　　　　　　　　　　　　　　　　　　New York, New York 10014

A:\SUCC.7