

Leslie S. Barr
212.237.1038
lbarr@windelsmarx.com

156 West 56th Street  |  New York, NY 10019
T. 212.237.1000  |  F. 212.262.1215

windelsmarx.com

January 26, 2021

**By ECF**

The Honorable James L. Garrity, Jr.
United States Bankruptcy Court
Southern District of New York
One Bowling Green
New York, New York 10004

Re:    Medici 326 Grand LLC, chapter 7, Case No. 21-10073-jlg
       Medici 1150 N. American Street LLC, chapter 7, Case No. 21-10074-jlg
       Medici 171 N. Aberdeen LLC, chapter 7, Case No. 21-10075-jlg
       Medici 186 N. 6th LLC, chapter 7, Case No. 21-10076-jlg
       Medici 251 Dekalb LLC, chapter 7, Case No. 21-10077-jlg
       Medici 320 Florida LLC, chapter 7, Case No. 21-10078-jlg
       Medici 629 E. 5th LLC, chapter 7, Case No. 21-10079-jlg
       Medici 890-911 Jefferson Avenue LLC, chapter 7, Case No. 21-10080-jlg
       QUARTERS Properties USA, Inc., chapter 7, Case No. 21-10081-jlg
       Quarters Services USA, LLC, chapter 7, Case No. 21-10082-jlg

Dear Judge Garrity:

This firm is counsel to Alan Nisselson, former Trustee for the referenced cases. At the request of Salvatore Lamonica, successor Trustee for the referenced cases, the former Trustee respectfully withdraws the motion he filed to dismiss each case.

                    Respectfully submitted,

                    */s/ Leslie S. Barr*
                    Leslie S. Barr

cc: Salvatore LaMonica, Esq., by email

{11889303:1}