**LaMonica Herbst & Maniscalco, LLP**
3305 Jerusalem Avenue
Wantagh, NY 11793
(516) 826-6500
Gary F. Herbst, Esq.
Jacqulyn S. Loftin, Esq.
*Attorneys for Salvatore LaMonica, Chapter 7 Trustee*

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------x
In re:                                                                          Chapter 7
                                                                                    Case No. 21-10082 (JLG)

Quarters Services USA, LLC,

                    Debtor.
-------------------------------------------------------------x

## NOTICE OF WITHDRAWAL OF MOTION

**PLEASE TAKE NOTICE** that Salvatore LaMonica, solely in his capacity as the Chapter 7 Trustee (the "Trustee") of the bankruptcy estate of Quarters Services USA, LLC, by his attorneys, LaMonica Herbst & Maniscalco, LLP, hereby withdraws the Motion of the Chapter 7 Trustee Seeking Interim Emergency Relief to Maintain the Debtors' Real Properties Pursuant to the Terms of the Proposed Stipulations [Dkt. No. 20] filed on February 1, 2021.

Dated: June 7, 2021
       Wantagh, New York

                                                          **LaMONICA HERBST & MANISCALCO, LLP**
                                                          *Counsel to Salvatore LaMonica, as Chapter 7 Trustee*

                                        By:     *s/ Jacqulyn S. Loftin*
                                                          Jacqulyn S. Loftin, Esq.
                                                          3305 Jerusalem Avenue
                                                          Wantagh, New York 11793
                                                          Telephone: 516.826.6500